# **EXHIBIT A**

# LOAN AGREEMENT

Loan Date: 5/22/2023          Loan #: ███66

Due Date: 5/31/2023

W6LS, Inc.                    NAME:    Josh Harris
10600 S. Pennsylvania Ave.   ADDRESS:
Suite 16 #828
Oklahoma City, OK 73170-4257 ███████████████

# FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | AMOUNT FINANCED | TOTAL OF PAYMENTS |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 498.63% | $970.15 | $600.00 | $1,570.15 |

Your Payment Schedule will be:

| Payment Number | Amount of Payment | Payment Due Date |
|---|---|---|
| 1 | $120.81 | 5/31/2023 |
| 2 | $120.81 | 6/14/2023 |
| 3 | $120.81 | 6/28/2023 |
| 4 | $120.81 | 7/12/2023 |
| 5 | $120.81 | 7/26/2023 |
| 6 | $120.81 | 8/9/2023 |
| 7 | $120.81 | 8/23/2023 |
| 8 | $120.81 | 9/6/2023 |
| 9 | $120.81 | 9/20/2023 |
| 10 | $120.81 | 10/4/2023 |
| 11 | $120.81 | 10/18/2023 |
| 12 | $120.81 | 11/1/2023 |
| 13 | $120.43 | 11/15/2023 |

## Itemization of Amount Financed

| | |
|---|---|
| Amount given to you directly: | $600.00 |

| | |
|---|---|
| **PLUS** Amount paid on your behalf to a third party | $ 0.00 |
| **EQUALS** Amount Financed/Principal Loan Amount: | $600.00 |

**Security:** If you have chosen the Electronic Funds Transfer ("**EFT**") debit option, your EFT authorization is security for this loan. We have disclosed to you that our interest in your EFT authorization is a security interest for Truth in Lending purposes only, because neither Tribal Law nor federal law clearly addresses whether our interest is a security interest.

**Late Charge:** If a payment is late, you may be charged a $20.00 late fee.

**Returned Payment Fee:** If a payment is returned, you may be charged a $20.00 late fee.

**Prepayment:** If you pay the loan early you will not have to pay a penalty.

See your contract for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

THIS LOAN AGREEMENT (this "**Agreement**") is between you and W6LS, Inc., an arm of the Otoe-Missouria Tribe of Indians, a federally recognized Indian tribe, doing business as WithU and WithU Loans, and identified herein as "**WithU**" or "**Lender**". Anytime this Agreement references "**you**" or "**your,**" it means  you as the borrower/debtor, and your heirs, guardian, personal representative, or trustee in bankruptcy; when it references "**WithU**", "**Lender,**" "**we,**" "**us**" or "**our,**" it means W6LS, Inc.; when it references "**Tribe,**" "**tribe,**" "**Tribal**" or "**tribal,**" it means the Otoe-Missouria Tribe of Indians; when it references "**Loan,**" it means the transaction between you and us pursuant to the terms of this Agreement, including, but not limited to, this consumer loan; when it references "**Tribal Law**" it means any law, ordinance or regulation duly enacted by the Tribe or the Otoe-Missouria Consumer Finance  Services Regulatory Commission; when it references "**Applicable Law**" it means Tribal Law and applicable federal law; when it references "**Bank Account**" it means the demand deposit (checking), savings, or other

consumer asset account held directly or indirectly by a financial institution, the account's identifying information (such as transit and routing information), and access device (as defined under Regulation E) that you provide to us, update or modify from time to time. Any EFT Authorization Agreement that you execute or otherwise append your mark or electronic signature is hereby incorporated by reference.

**PLEASE READ THIS IMPORTANT DISCLOSURE AND THE TERMS OF THIS AGREEMENT CAREFULLY BEFORE SIGNING.**

**LENDER IS AN ARM OF THE TRIBE. IT IS AN ENTITY FORMED AND OPERATED PURSUANT TO TRIBAL LAW, IT IS OWNED AND OPERATED BY THE TRIBE, AND IT WAS FORMED FOR THE EXPRESS PURPOSE OF ECONOMIC DEVELOPMENT AND BETTERMENT OF THE TRIBE. BOTH THE LENDER AND THE TRIBE ARE IMMUNE FROM SUIT IN ANY COURT EXCEPT TO THE EXTENT THAT THE TRIBE, THROUGH ITS TRIBAL COUNCIL, EXPRESSLY AND UNEQUIVOCALLY WAIVES THAT IMMUNITY. THE LENDER, AS AN ARM OF THE TRIBE, IS ALSO IMMUNE FROM SUIT IN ANY COURT EXCEPT AS PROVIDED IN THE LIMITED IMMUNITY WAIVER CONTAINED HEREIN. THE LENDER IS REGULATED AND LICENSED BY THE TRIBE'S CONSUMER FINANCE SERVICES REGULATORY COMMISSION (THE "COMMISSION") IN ACCORDANCE WITH TRIBAL LAW. YOUR RIGHT TO SUBMIT A DISPUTE IS LIMITED TO THE DISPUTE RESOLUTION PROCESS SET FORTH IN THIS AGREEMENT. UNLESS YOU TIMELY EXERCISE YOUR RIGHT TO REJECT ARBITRATION IN ACCORDANCE WITH THE DISPUTE RESOLUTION PROCESS IN THIS AGREEMENT, ANY DISPUTE YOU HAVE RELATED TO THIS AGREEMENT WILL BE RESOLVED BY FINAL AND BINDING ARBITRATION.**

**YOU SHOULD UNDERSTAND AND CAREFULLY EVALUATE YOUR ABILITY TO REPAY THIS LOAN. THIS LOAN HAS A HIGH INTEREST RATE AND IT IS NOT INTENDED TO PROVIDE A SOLUTION FOR LONGER TERM CREDIT OR OTHER FINANCIAL NEEDS. ALTERNATIVE FORMS OF CREDIT MAY BE LESS EXPENSIVE AND MORE SUITABLE FOR YOUR FINANCIAL NEEDS. IT IS YOUR RESPONSIBILITY, AND NOT LENDER'S RESPONSIBILITY, TO EVALUATE YOUR FINANCIAL OPTIONS. IF YOU ARE HAVING FINANCIAL DIFFICULTIES, YOU SHOULD SEEK THE ASSISTANCE OF A FINANCIAL COUNSELOR.**

**BEFORE SIGNING THIS AGREEMENT, PLEASE CAREFULLY READ ITS TERMS. YOUR SIGNATURE AND ACCEPTANCE OF THIS AGREEMENT WILL BE DEEMED AS PROOF**

**THAT YOU ACCEPT ALL OF THE TERMS OF THIS AGREEMENT AND EXPRESSLY AGREE: (I) YOUR LOAN IS MADE WITHIN THE TRIBE'S JURISDICTION, IS SUBJECT TO AND GOVERNED BY APPLICABLE LAW; (II) THE LOAN AND THIS AGREEMENT ARE NOT GOVERNED BY THE LAW OF YOUR STATE OF RESIDENCE OR ANY OTHER STATE; (III) YOUR RESIDENT STATE LAW MAY HAVE INTEREST RATE LIMITS AND OTHER CONSUMER PROTECTION PROVISIONS THAT ARE INAPPLICABLE TO THE AGREEMENT, LENDER, AND YOUR LOAN; (IV) YOU HAVE READ THIS AGREEMENT; (V) YOU HAVE HAD THE OPPORTUNITY TO CONSULT WITH AN INDEPENDENT FINANCIAL COUNSELOR BEFORE ACCEPTING THIS AGREEMENT AND ACKNOWLEDGE THAT IT IS YOUR RESPONSIBILITY, NOT LENDER'S, TO EVALUATE YOUR FINANCIAL OPTIONS; (VI) YOU CONSENT TO ALL OF THE AGREEMENT'S TERMS, INCLUDING THE INTEREST RATE AND THE DISPUTE RESOLUTION PROCESS; (VII) YOU HAVE PROVIDED LENDER WITH THE MOST CURRENT AND ACCURATE EMPLOYMENT, CREDIT, INCOME, AND ASSET HISTORY REQUIRED FOR LENDER TO ASSESS YOUR ELIGIBILITY AND CREDITWORTHINESS; AND (VIII) YOU AFFIRMATIVELY ACKNOWLEDGE THAT YOU ARE ABLE TO REPAY THE LOAN ACCORDING TO THE TERMS OF THIS AGREEMENT.**

1. **PROMISE TO PAY:** You promise to pay us the Total of Payments listed in the Payment Schedule and any other permitted charges under this Agreement on or before the Maturity Date. On the date of your last scheduled payment (the "**Maturity Date**"), Lender, at its option, may require you to pay in full all remaining amounts owing under this Agreement or permit you to continue to make payments in the then-scheduled amount on an extended Payment Schedule until all indebtedness under this Loan Agreement is paid in full.

2. **PAYMENTS:** You may pay each payment owing under this agreement by EFT debit, check, money order or any other payment method that we may offer from time to time. If you have chosen the EFT debit option and do not want an EFT entry initiated for your payment, for your convenience you have the option to notify us and make arrangements with us by 5:00 PM Central Time at least 2 business days prior to the Payment Date so an authorized EFT entry is not initiated. If you choose to mail a payment, then all payments shall be mailed to WithU, Post Office Box 707, Weatherford, Oklahoma 73096; your payment must reach this address by 5:00 PM Central Time on the Payment Due Date.

3. **PREPAYMENT:** You have the right to make payments of principal at any time before they are due. A payment of principal made before it is due is known as a

"prepayment." You may not designate a payment as a prepayment if you have not made all payments when due under this Agreement, and accrued interest must be paid before any prepayment will be applied to principal amounts outstanding. You may make a full or partial prepayment without paying any prepayment fee. If you make a partial prepayment, there will be no changes in the due date or in the amount of your payment due unless we agree in writing to those changes.

4. **NO CONTINGENCY:** You agree that we have not made the Loan contingent upon your obtaining any other product or service from us or anyone else. Your receipt of this loan is not conditioned on repayment by EFT.

5. **PAYMENT APPLICATION:** We will apply your payments first to current interest, then to accrued but unpaid interest, then to principal amounts outstanding, and then to any other fees due to us (e.g. Late Fees, Returned Payment Fees, and Deferment Fees).

6. **WHEN YOU BEGIN PAYING INTEREST:** You begin to pay us interest on the Loan on the date designated as the "Loan Date" listed in this Agreement. We will use reasonable efforts to disburse the proceeds of the Loan to you on or before the next business day following the Loan Date. Unavoidable delays as a result of bank holidays; the processing schedule of your individual bank; the untimely receipt of pay stubs, if such pay stubs are required; inadvertent processing errors; "acts of God"; and/or "acts of terror" may extend the time for disbursement. **You will be charged interest on the unpaid amount of the Loan each day from the Loan Date until the Loan is paid in full.** In calculating your payments, we have assumed you will make each payment on its Payment Due Date, and in the amount due. If any payment is received after the Payment Due Date, then you must pay any additional interest that accrues after such date.

7. **CALCULATION OF INTEREST AND PAYMENTS:** The interest charged on your Loan is calculated using the accrual method and has been computed to account for your payment of all installments on their scheduled Payment Due Dates. Interest shall not be payable in advance or compounded. Interest will accrue based upon the number of days elapsed over a year having 365 days.

8. **POST-MATURITY INTEREST:** Interest will accrue on the principal balance remaining unpaid up to the Maturity Date at the rate specified in this Agreement. Lender, at its option, may suspend interest accrual on any principal balance that

remains unpaid after the Maturity Date.

9. **LATE FEE:** If any payment owed by you on this Loan has not been received by us in the full amount due on a Payment Due Date and remains past due for 10 days after that Payment Due Date, then you agree that we may assess a late fee of $20. You authorize us and our agents to make a one-time withdrawal from your Bank Account to collect this fee if you have elected the EFT debit option.

10. **RETURNED PAYMENT FEE:** If any payment made by you on this Loan is not honored or cannot be processed for any reason, including insufficient funds in your Bank Account, then you agree that we may assess a fee of $20.00. You authorize us and our agents to make a one-time withdrawal from your Bank Account to collect this fee if you have elected the EFT debit option. Your financial institution may also impose a fee for a dishonored item.

11. **FAILURE TO PERFORM:**

    a. **Default:** You will be in default under this Agreement if you fail to keep any of your promises under this Agreement, including by, without limitation: (a) providing false or misleading information about yourself, your employment or your financial condition prior to entering into this Agreement; (b) failing to make a payment by the Payment Due Date or if your payment is returned to us for any reason; or (c) filing for bankruptcy or becoming a debtor under the Federal Bankruptcy Laws. You will also be in default under this Agreement if we are notified that your Bank Account is closed, frozen, invalid, non-transactional, or is not a bank account, and, prior to our receiving such notification, you have not designated a different, valid Bank Account.

    b. **Acceleration; Remedies:** In the event of Default, we may require immediate payment in full of all sums due under this Agreement to the maximum extent allowable by Applicable Law. If you have authorized us to debit your Bank Account by EFT, we reserve the right to debit your account in an amount that represents payment in full of the amount you owe at the time of Default. We otherwise retain our right to pursue all legally available means to collect what you owe us.

    c. **Collection:** You understand that if we are required to employ an attorney

to collect any amounts due under this Agreement, then you will be required to pay the reasonable fees of such attorney incurred to protect our interest or to collect the amounts due.

d. **Transfer:** We reserve the right to sell or transfer this Agreement and its obligations at any time, regardless of whether your loan is current or in default. Sale or transfer of a loan that is in default will not affect your obligations under this Agreement.

e. **Cancellation:** You understand that if an EFT credit entry to your Bank Account to disburse the proceeds of this Loan fails for any reason, then this Loan may be cancelled by us.

12. **ELECTRONIC FUNDS TRANSFER (EFT) AUTHORIZATION; CHECK CONVERSION:**

a. **EFT Payment Option:** For your convenience and benefit, you may choose to make payments by EFT. **Your receipt of this loan is not conditioned on repayment by EFT.** You may pay each payment owing under this agreement by EFT debit, check, money order or any other payment method that we may offer from time to time.

b. **EFT Authorization To Credit Bank Account:** Unless you elect to receive the Loan proceeds by check as set forth in Section 13(c) below, you authorize us and our agents to initiate an EFT credit entry to your Bank Account to disburse the proceeds of this Loan.

c. **EFT Authorization To Debit Bank Account:** If you elect to repay amounts due on your Loan by EFT debit, then recurring withdrawals will be initiated as EFT debit entries from your Bank Account pursuant to and in accordance with the terms of your EFT Authorization Agreement, this Agreement, and any modifications or adjustments to your Payment Schedule or your Agreement that we may agree to make. **If your payment date falls on a Saturday, Sunday or bank-recognized holiday, then your EFT debit will be processed one business day BEFORE that payment date.**

d. **Check Processing:** If you provide a check as payment, you agree we may

use information from your check to make a one-time electronic withdrawal from your Bank Account or process the payment as a check transaction. In that event, funds may be withdrawn from your Bank Account as soon as the same day we receive your payment and you will not receive your check back from your financial institution.

13. **FUNDING OPTIONS:** You have the option to receive your loan proceeds by ACH credit, by wire transfer, or by check as described below.

    a. **ACH Credit:** No additional fee is charged by WithU if you choose to receive your loan proceeds by ACH credit but there may be a delay of 1 to 2 business days before the funds post to your account due to processing and hold times, which may be imposed by the originating and receiving financial institutions and/or their agents.

    b. **Wire Transfer Credit:** No additional fee is charged by Lender if you choose to receive your loan proceeds by wire transfer, but you will be responsible for any fees that your financial institution may impose.

    c. **Check:** You can choose to receive your loan proceeds by check and delivered by regular mail through the United States Postal System. You should allow 7 to 10 days for delivery of the Loan proceeds.

14. **ESIGN DISCLOSURE AND CONSENT:** *Please read this ESign Disclosure and Consent carefully.* Certain laws and regulations require us to provide notices and disclosures to you in writing. The federal Electronic Signatures in Global and National Commerce Act ("**ESIGN Act**") allows the use of electronic records and electronic signatures, and it ensures the validity and legal effect of contracts entered electronically. When you agree to use electronic records and electronic signatures, then we can conduct business with you electronically, including providing required notices to you electronically. When you agree to conduct business electronically, you will be certifying that you agree to receive electronically this Agreement, and all disclosures, notices, documents, other agreements, and information associated with your Loan (collectively, "**Communications**"). You also agree that this Agreement and all Communications are electronic records and that, as such, they may be transferred, authenticated, stored, and transmitted by electronic means.

a. **Consent to Electronic Delivery:** You agree that WithU, its agents and its representatives may provide all Communications to you electronically. You agree and consent to our use of email as the electronic delivery method when Applicable Law may require us to provide you with notification of payment transfer attempts and other payment disclosures. You agree to print out, download or otherwise store the Communications to keep for your records. You may still request a paper copy of your Agreement and any Communication by following the procedure outlined below. This consent does not apply to any future loans that may occur between us.

b. **Paper Copies of Disclosures:** You may request a paper copy of any Communication that we have provided to you or made available to you electronically, provided your request is made within 20 business days after we first provided the Communication to you. To do so, you must send an e-mail to DocumentRequest@withloans.com with the subject line "Paper Copy Request" and in the body of the email you must state your e-mail address, full name, US Postal address, and telephone number, and also describe the Communication or Communications that you are requesting a paper copy of. You may also submit your request by mail to WithU, 10600 S. Pennsylvania Ave., Suite 16 #828, Oklahoma City, Oklahoma 73170-4257, Attention: Compliance Department. There is no fee for the paper copy.

c. **Withdrawing Consent to Electronic Delivery:** You may withdraw your consent to receive future Communications electronically by e-mailing us in writing at: Compliance@withuloans.com with the subject line of "Withdraw Electronic Consent" and including your full name, US Postal Address, email address, and telephone number in the body of the email. Your withdrawal of consent will be effective only after we have had a reasonable period to process your request. If you decide to withdraw your consent, it will not affect the validity or effectiveness of any Communications sent to you electronically prior to the date that your withdrawal of consent becomes effective.

d. **Hardware and Software Requirements**: In order to receive electronic Communications, you must have the following: (1) access to the Internet; (2) an active email account; (3) software capable of receiving email

through the Internet; (4) supported Web browsing software (such as Chrome version 32.0 or higher, Firefox version 26.0 or higher, Internet Explorer version 8.0 or higher, or Safari version 7.0 or higher); and (5) hardware capable of running this software. To ensure access and optimal printing of your loan documents in PDF format, you must have Adobe Reader. To install the free version of Adobe Reader, click here or visit https://get.adobe.com/reader/.

e. **Additional Mobile Technology Requirements:** If you access our website or Communications by a mobile device (such as a smart phone or tablet), or if you download and use our Mobile App, then you must make sure that you have software on your mobile device that allows you to print and save the disclosures presented to you during the application process. If you do not have these capabilities on your mobile device, please access our site through a device that provides these capabilities.

f. **Your Electronic Signature:** Your "electronic signature" means an electronic sound, symbol, or process, attached to or logically associated with a contract or other record and executed or adopted by you with the intent to sign the record; it can be created using email, text message, fax, or recorded touch tone capture files. For example, if you were to reply "Agree" to a text message referencing an amendment or push a specific number on your phone which is recorded by an interactive voice response or call recording system as an electronic file, then you are creating an electronic signature.

g. **Consent and Acknowledgment:** You acknowledge and confirm that:

   i. You can view this consent. You are also able to download and review files within a web browser or a mobile device;

   ii. You have (1) access to the Internet, (2) an active email account, (3) software capable of receiving email through the Internet, (4) supported Web browsing, and (5) hardware capable of running this software, an account with an Internet service provider, and the ability to send e-mail and receive email with hyperlinks to websites;

   iii. You have read the information about the requirements to receive

Communications electronically, and the use of electronic signatures;

iv. You consent to the use of electronic Communications and electronic signatures;

v. When you click a signature button to 'process your loan', you are (i) adopting an electronic process to confirm your consent to the terms of your Agreement, (ii) affixing your signature electronically to the Agreement, and (iii) certifying that all information you have provided in connection with the transaction is complete and accurate; and

vi. Your electronic signature will have the same force and effect and will bind you to this Agreement in the same manner and to the same extent as a physical signature would do, and that your consent to conduct business electronically inures to us, as well as our affiliates, agents, employees, successors, and assigns.

15. **CHANGES TO YOUR CONTACT INFORMATION:** You agree to keep us informed of any changes to your contact information, including any changes to your email address or mailing address so that you can continue to receive Communications timely. You may update your contact information by logging into your account through WithU's Account Portal, by calling us at (866) 404-0674, by emailing CustomerCare@withuloans.com, or by writing to us at WithU, 10600 S. Pennsylvania Ave., Suite 16 #828, Oklahoma City, Oklahoma 73170-4257, Attention: Compliance Department.

16. **VERIFICATION:** You authorize us to verify the information you provide to us, understand that verification may be ongoing, and permit us to obtain and share information about you (including, without limitation, your identity, digital identity, employment, income, assets and debts, payment history and collection activity) from and with consumer reporting agencies and other sources. We reserve the right to withhold funding of any Loan at any time prior to disbursement to allow us to verify the information you have provided to us. You authorize your wireless operator to disclose your mobile number, name, address, email, network status, customer type, customer role, billing type, mobile device identifiers (IMSI and

IMEI) and other subscriber and device details, if available, to WithU and service providers for the duration of the business relationship, solely for identity verification and fraud avoidance. Please review WithU's Privacy Policy for how we treat your data.

17. **CREDIT REPORTING:** We may obtain a consumer credit report from one or more consumer credit reporting agencies ("**credit bureaus**") in connection with your application and as otherwise allowed by Applicable Law. You agree that we may obtain additional credit reports and other information about you in connection with updates, regular payments, account review, collections activity or for any other legitimate purpose. **You agree that we may also report information about your Loan to credit bureaus, and you understand that such reporting may include late payments, missed payments, or other things associated with your loan to be reflected on your credit report.**

18. **TELEPHONE CALLS AND SMS TEXT MESSAGES:**

    a. **Consent Generally:** You hereby agree and consent to be contacted by us, our employees, agents, representatives, affiliates and/or anyone calling on our behalf (collectively, "**Representatives**") at any telephone number (including any mobile phone number) you provide to us and any physical or electronic address you provide to us, and you agree that we may use multiple means to contact you including, but not limited to, SMS messaging or other text messaging, autodialed or prerecorded messages, direct drop voicemail, push notifications, email and other technologies. You agree that automated messages may be played when the telephone is answered, whether answered by you or someone else, and an agent or representative may leave a message on your answering machine, voicemail or by text. Your provider's messaging and data rates may apply to all SMS text messages. You may opt out of receiving SMS messages by: (1) sending "STOP" to the SMS text message you received; (2) calling us at (866) 404-0652; or (3) emailing customer service at CustomerCare@withuloans.com. Data obtained from you in connection with this SMS service may include your name, address, cellphone number, your provider's name, the date and time, and content of your messages. We will not be liable for any delays in the receipt of any SMS messages, as delivery is subject to effective transmission from your network operator. To view our privacy policy visit www.withuloans.com/privacy.

b. **Consent to Receive Marketing Offers:** You agree and consent that we and our Representatives may use multiple means (including direct mail, email, autodialed or pre-recorded phone calls, direct drop voicemail, SMS, text, push notifications, and other technologies) to contact you at any telephone number (including any mobile phone number) and any physical or electronic address you provide to us to inform you of products and services that we think may interest you. Your consent will be effective even if the number you have provided is registered on any state and/or federal Do-Not-Call list. Your consent will remain in effect until you revoke it and it is not a condition of obtaining a loan. If you would like to stop receiving SMS text messages, please notify us by replying "STOP" to the text message, or by texting "STOP" to (866) 404-0652, or by calling us at (866) 404-0674 and follow the voice prompts. If you would like to stop receiving marketing offers by email, please click the 'unsubscribe' link at the bottom of the communication. Alternatively, you may email us at Opt-Out@withuloans.com or write to us at WithU, 10600 S. Pennsylvania Ave., Suite 16 #828, Oklahoma City, Oklahoma 73170-4257, Attention: Compliance Department. If you wish to change or stop receiving offers to specific telephone numbers, you may also call us at (866) 404-0674 or email customer service at CustomerCare@withuloans.com.

19. **RIGHT TO RESCIND:** YOU HAVE THE RIGHT TO RESCIND THIS LOAN, WITHOUT COST TO YOU OR FURTHER OBLIGATION TO US, BY EMAILING RESCIND@WITHULOANS.COM OR TELEPHONING TOLL-FREE (866) 404-0674 BY 5:00 PM CENTRAL TIME ON THE SECOND BUSINESS DAY FOLLOWING THIS TRANSACTION. SHOULD YOU TIMELY RESCIND THIS LOAN, YOU MUST IMMEDIATELY REPAY THE FULL AMOUNT OF THE LOAN PRINCIPAL DEPOSITED INTO YOUR BANK ACCOUNT. ANY PREASSESSED FEE WILL NOT BE DEEMED SECURITY FOR THE TRANSACTION AND WILL BE RETURNED TO YOUR ACCOUNT WITHIN 2 BUSINESS DAYS OF YOUR RESCISSION, AND YOU WILL NOT BE ASSESSED ANY FEES OR COSTS OTHERWISE SET FORTH IN THE AGREEMENT.

20. **PATRIOT ACT:** We adhere to the USA PATRIOT Act and therefore have adopted procedures to request and retain in our records information we deem necessary to verify your identity, including digital identity. You consent to these procedures

and further consent to ongoing identity verification (including digital identity) by us using any reasonable means.

21. **REPRESENTATION AND WARRANTIES:** You hereby promise, represent and warrant: (a) that all information you have provided to us is accurate; (b) if you elected to have your Loan proceeds disbursed by ACH credit or wire and/or have signed an EFT Authorization Agreement, that (i) your Bank Account on which the payment is drawn is a legitimate, open and active account in your name, and (ii) you will have sufficient funds in your Bank Account on and after the payment date for each payment to be paid until it is paid; (c) that you are at least 18 years of age and have the right to enter into this Agreement; (d) that you have the ability to repay this loan when due; (e) that you are not currently a debtor under any proceeding in bankruptcy and that you have no intention to file a petition for relief under any chapter of the United States Bankruptcy Code; (f) that you are NOT a regular or reserve member of the Army, Navy, Marine Corps, Air Force or Coast Guard serving on active duty, or a dependent of such member; (g) that (i) the telephone numbers that you provide to us are numbers that are assigned to you and not someone else, (ii) you are permitted to receive calls at each of the telephone numbers you provide to us, and (iii) you agree to notify us whenever you stop using a particular telephone number; and (h) that you have read, understand and agree to all of the terms and conditions contained in this Agreement.

22. **WAIVER OF CLASS ACTIONS, REPRESENTATIVE ACTIONS, JURY TRIAL:** Class actions, other similar representative procedures and consolidation of claims are **NOT** available under your Loan Agreement. **YOU UNDERSTAND AND AGREE THAT YOU MAY NOT SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY, NOR PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN ANY PROCEEDING WITH RESPECT TO ANY DISPUTE (DEFINED BELOW) OR CLAIM.** Further, you understand and agree that (a) you may not join your Dispute with others, (b) you must resolve your Dispute(s) separately, and (c) you will not assert and waive any claim or right to have a Dispute resolved by a jury trial.

23. **ARBITRATION AGREEMENT:** *Please read this Arbitration Agreement carefully.* This Arbitration Agreement provides that all Disputes (defined below) between you and us must be resolved by binding arbitration. **UNDER THIS ARBITRATION AGREEMENT, YOU AGREE TO GIVE UP YOUR RIGHT TO GO TO COURT AND TO**

**HAVE A JUDGE OR JURY RESOLVE YOUR DISPUTE.**

**YOU HAVE THE RIGHT TO REJECT THIS ARBITRATION AGREEMENT AND OPT OUT OF ARBITRATION, BUT IF YOU WISH TO REJECT IT, YOU MUST DO SO TIMELY AS PROVIDED BELOW.**

---

**How to Reject this Arbitration Agreement.** To reject this Arbitration Agreement, you must send us a written notice stating you reject this Arbitration Agreement and include your name, your loan account number (or last 4 digits of your social security number) and address. Your notice must be mailed to WithU, 10600 S. Pennsylvania Ave., Suite 16 #828, Oklahoma City, Oklahoma 73170-4257 or emailed to Legal@withuloans.com. Your rejection notice must be post-marked or emailed on or before the "**Arbitration Rejection Date**," which is 30 days after the Loan Date set forth at the top of your Loan Agreement. Rejection notices that are sent to any other address or are communicated verbally or are sent or postmarked after the Arbitration Rejection Date will not be accepted or effective.

**What Happens If You Reject this Arbitration Agreement.** If you reject this Arbitration Agreement timely and as provided herein then:

- You will have **IRREVOCABLY AGREED** to the **EXCLUSIVE PERSONAL AND SUBJECT MATTER JURISDICTION** of the **SOUTHERN PLAINS COURT OF INDIAN OFFENSES** in Oklahoma. For a copy of the Court Rules, please visit the Court of Indian Offenses website at https://www.bia.gov/regional-offices/southern-plains/court-indian-offenses;

- You will have **WAIVED ALL OBJECTIONS** to such jurisdiction and venue;

- You will have consented to have your Dispute heard on an **INDIVIDUAL BASIS** only; and

- You will have **WAIVED ANY RIGHT** to and **AGREED NOT TO** serve as a representative, as a private attorney general, or in any other representative capacity, and/or to participate as a member of a class of claimants in court or in arbitration, with respect to any claim or Dispute that is subject to arbitration.

a. **Definitions:** For purposes of dispute resolution and this Arbitration Agreement, the terms "**you**" and "**your**" include you as the borrower and your heirs, guardian, personal representative, or trustee in bankruptcy; the terms "**we**," "**our**," and "**us**" mean Lender, Lender's agents, servicers, assigns, vendors and any third party, Lender's affiliated companies, the Tribe, and each of its and their respective agents, representatives, employees, officers, directors, members, managers, attorneys, successors, predecessors, and assigns. Any claim, dispute or controversy of any kind or nature between you and us about or involving your loan, your loan account, any prior loans or accounts you held with us (collectively "**loan account**"), your current loan agreement with us (including future amendments) or any prior loan agreement with us (all of which collectively are a "**Loan Agreement**") or our relationship is referred to as a "**Dispute**". Disputes include, for example, claims or disputes arising from or relating in any way to: the interpretation, applicability, validity, arbitrability, enforceability, formation or scope of any Loan Agreement or this Arbitration Agreement; transactions between you and us; any interest, charges, or fees assessed on your loan; any service(s) or programs related to your loan; any communications related to your loan; and any collection or credit reporting of your loan. Disputes also include claims or disputes arising from or relating in any way to advertising and solicitations, or the application for, approval, or establishment of your loan. Disputes are subject to arbitration regardless of whether they are based on contract, tort, constitutional provision, statute, regulation, common law, equity or other source, and regardless of whether they seek legal, equitable and/or other remedies. All Disputes are subject to arbitration whether they arose in the past, may currently exist or may arise in the future. Arbitration will apply even if your loan is closed, sold or

assigned; you pay us in full any outstanding debt you owe; or, to the maximum extent permitted by applicable bankruptcy law, you file for bankruptcy. If your loan is sold and/or assigned, we retain our right to elect arbitration of Disputes by you and you retain your right to elect arbitration of Disputes by us.

b. **Arbitration, generally:** When you submit a Dispute (defined below) to arbitration:

- Your rights will be determined by a **neutral arbitrator** and not a **judge or a jury**.

- The procedures in arbitration are simpler and more limited than rules that are applied in court proceedings.

- Decisions by an arbitrator are subject to **very limited review by a court**.

- You agree that the most current version of the Arbitration Agreement (except for any updates you have rejected properly within the time and manner provided) that is in effect as of the date we receive your notice of Dispute will govern the Dispute.

c. **Law Governing:** This Arbitration Agreement is governed by the Federal Arbitration Act, 9 U.S.C. §§ 1 et seq., and the law applicable in arbitration is Applicable Law, as that term is defined in your Loan Agreement.

d. **Clarification Regarding Governing Law:** As separately provided, the law applicable in arbitration is Applicable Law, which includes applicable federal law. This means that in arbitration you are entitled to invoke the same body of federal law that you would have been entitled to invoke in litigation. In other words, proceeding in arbitration gives you access to the exact same body of federal remedies available in litigation.

e. **Application to Class Actions, Representative Actions and Waiver of Jury Trial:** Class actions, other similar representative procedures and consolidation of claims are __NOT__ available under this Arbitration Agreement. **YOU MAY NOT SERVE AS A REPRESENTATIVE, AS A**

**PRIVATE ATTORNEY GENERAL OR IN ANY OTHER REPRESENTATIVE CAPACITY, NOR MAY YOU PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN COURT OR IN ARBITRATION, WITH RESPECT TO ANY CLAIM THAT IS SUBJECT TO ARBITRATION**. Further, you may not join your Dispute with other persons in the arbitration; each person must arbitrate his or her own Dispute(s) separately. You also waive your right to have a court or jury trial resolve your Dispute.

f. **Informal Resolution:** You and we agree to attempt to first resolve any Dispute informally. You agree that you will notify us of your Dispute by sending an email to Legal@withuloans.com. Your email must include your name, your loan account number (or last 4 digits of your social security number), and address; describe the nature and basis of your Dispute; and use the phrase "Notice of Dispute" in the subject line. We will investigate your Dispute and let you know of our decision within 30 business days from the date we received your correspondence. If you do not accept our decision, then you may submit your Dispute to final and binding arbitration in the manner described in the section below (unless you have properly rejected the Arbitration Agreement in the time and manner provided above).

g. **Proceeding in Arbitration:** If the Dispute cannot be resolved informally, then you or we may file a claim for arbitration with the American Arbitration Association ("**AAA**") through its website at www.adr.org. If the AAA is unable or declines to administer the Dispute, then you and we agree to select a substitute arbitration organization to administer the Dispute. If you and we cannot agree on a substitute arbitration organization, then either of us may petition the United States District Court for the Northern District of Oklahoma or the courts of the state of Oklahoma sitting in Kay County to appoint the arbitration service provider, as permitted under 9 U.S.C. § § 5. (The AAA and any substitute arbitration service provider selected or appointed as contemplated here collectively are the "**Arbitration Organization**".) We will reimburse your filing fees, reasonable attorneys' fees and other costs of arbitration if you prevail. After the Arbitration Organization notifies the parties that an arbitration demand has been filed, the responding party will have 14 days to file a response or counterclaim. After filing of the claim, response or counterclaim (if elected), no further claims or counterclaims may be made

except on motion to the arbitrator. Any delay or failure to file a counterclaim or response will not delay an arbitration from proceeding.

h. **Selecting the Arbitrator:** The Arbitration Organization will provide you and us with a list of at least three arbitrator candidates from the National Roster, which, in order to be deemed acceptable as an arbitrator candidate, must (i) be either a retired judge or an attorney, (ii) have experience in contract matters, and (iii) to the extent practicable, have experience in Federal Indian law. You and we will select one arbitrator from that list of candidates. If you and we cannot agree on an arbitrator within 10 days, then you or we may ask the Arbitration Organization to appoint an arbitrator from the list of candidates. If the designated arbitrator becomes unable or unwilling to proceed, then you and we agree that a substitute arbitrator will be appointed pursuant to the AAA Consumer Arbitration Rules.

i. **Preliminary Management Hearing; Discovery; Motions:** The Arbitration Organization will schedule a preliminary management hearing with the appointed arbitrator to narrow the issues and establish a schedule and procedure for any law and motion proceedings to expedite arbitration. The preliminary management hearing will be conducted by conference call, video conference or internet. Discovery will be completed within 60 days of this preliminary management hearing and will consist exclusively of: (a) one set of interrogatories to each party not to exceed 15 in number including subparts, and (b) loan account information and documents pertaining to credit that you sought or obtained from us. Subject to Principle 13 of the AAA's consumer Due Process Protocol, any other forms of discovery will be allowed only upon a showing of good cause to the arbitrator. The arbitrator will honor claims of privilege recognized by law and will take appropriate steps to protect confidential or proprietary information. The arbitrator may decide any motion that is substantially similar to a motion to dismiss for failure to state a claim or a motion for summary judgment.

j. **Administration and Procedures; Award; Fees:** The AAA Consumer Arbitration Rules, available at www.adr.org/Rules, will be used to administer the arbitration, and you and we each agree that the Dispute will

be arbitrated solely through submission of documents in accordance with the AAA Procedures for the Resolution of Disputes Through Document Submission, without an in-person or telephonic hearing. If the arbitrator decides that an in-person hearing is necessary, however, then the arbitration will be conducted on Tribal land or within thirty (30) miles of your then-current residence, at your choice, provided that this accommodation for you shall not be construed in any way (a) to relinquish or waive the sovereign status or immunity of the Tribe, (b) to relinquish or waive the sovereign status of Lender or expand the scope of the limited waiver provided by Lender below in the paragraph entitled "Enforcement of Award", or (c) to constitute a transaction of business in any place other than the Indian country of the Tribe.

The arbitrator is bound by the terms of this Arbitration Agreement. He or she must apply Applicable Law, the terms of the Loan Agreement and this Arbitration Agreement. If the AAA's rules or procedures are different than the terms of this Arbitration Agreement, the terms of this Arbitration Agreement will control. You and we agree that the arbitrator will issue a concise written award, in accordance with the timing requirements under the AAA Rules. The decision and award shall have no precedential or collateral estoppel effect. The arbitrator may make rulings and resolve disputes as to the payment and reimbursement of fees and expenses, at any time during the proceeding and upon request from you or us within 14 days of the arbitrator's ruling on the merits. The right to attorneys' fees and expenses discussed in this paragraph supplements any right to attorneys' fees and expenses you may have under Applicable Law, but you may not recover duplicative awards of attorneys' fees or costs. If we prevail in arbitration and have a right to an award of attorneys' fees and expenses, we will not seek such an award

k. **Appeal:** You or we can file a written appeal to the Arbitration Organization within 30 days after an award is issued by filing a notice of appeal with any AAA office, which appeal will be administered by the Arbitration Organization pursuant to AAA's Consumer Appellate Arbitration Policy, available here and at https://www.adr.org. Any review by a court shall be governed by Sections 10 and 11 of the Federal Arbitration Act.

l. **Enforcement of Award:** Any final arbitration award will be binding on the

named parties and judgment on the arbitration award may be entered in, and be enforceable by, the United States District Court for the Northern District of Oklahoma or if such federal court fails to find jurisdiction then in the courts of the state of Oklahoma sitting in Kay County, and appellate courts therefrom. Lender grants a limited waiver of its sovereign immunity which is limited to (i) arbitration of a Dispute only in accordance with and subject to the terms of this Arbitration Agreement, and (ii) enforcing a final award issued in such arbitration in the United States District Court for the Northern District of Oklahoma or if such federal court fails to find jurisdiction then in the courts of the state of Oklahoma sitting in Kay County, and appellate courts therefrom. This limited waiver is made by Lender to you only, does not include any waiver (express or implied) to any other person, and does not waive the sovereign immunity of the Tribe or any of the Tribe's other entities.

m. **Severability:** The provisions of this Arbitration Agreement will, where possible, be interpreted to sustain its legality and enforceability. If any provision of the Loan Agreement or this Arbitration Agreement or the whole of it is determined to be unenforceable, then the arbitrator may sever and/or reform any such provision to make it enforceable. The arbitrator may not, however, reform the clause requiring for Disputes to be heard on an individual basis or the waiver of the right to participate in any class or collective action against us.

24. **GOVERNING LAW:** You understand and agree that this Agreement is governed by Applicable Law. You and we agree that the transaction represented by this Agreement involves interstate commerce for all purposes.

25. **ACKNOWLEDGEMENT AND CERTIFICATION:** When you sign this Agreement electronically, you are acknowledging and certifying that (i) you have read, understand and agree to all of the terms and conditions contained in this Agreement; (ii) you are providing your electronic signature on this document; (iii) all information you have provided in connection with this transaction is complete and accurate; and (iv) your electronic signature shall have the same force and effect, and shall bind you to this Agreement in the same manner and to the same extent as a physical signature would do, in accordance with ESIGN to the extent applicable. You understand that we reserve the right to decline an applicant at

any time, with cause determined by judgment of risk, upon completion of a review and verification of the information submitted by you and your creditworthiness. If you do not understand this Agreement for any reason you may contact us at (866) 404-0674 or CustomerCare@withuloans.com.

26. **ENTIRE AGREEMENT; SEVERABILITY; GENERAL:** This Agreement, including the Arbitration Agreement, constitutes the entire agreement between you and Lender, and it may not be contradicted by evidence of prior or contemporaneous oral agreements. If any provision of this Agreement is held unenforceable, the remainder of this Agreement will remain in full force and effect. We may delay or forgo enforcing any of our rights without losing them. You hereby waive presentment, demand for payment, protest, and notice of dishonor. This Agreement and your obligations under it are binding upon your heirs, guardian, personal representative, or trustee in bankruptcy and upon anyone to whom you assign your assets or who succeeds you in any other way. We may assign or transfer this Loan and any of our rights under this Agreement. Your electronic signature and execution of this Agreement shall be deemed to occur in Indian country at Lender's business office within the Tribe's reservation in Red Rock, Oklahoma.

**By: W6LS, Inc.**

PRINT A COPY OF ALL DOCUMENTATION AND RETAIN FOR YOUR RECORDS.

**Your signature block:**

**Connected from:** ██████████████████████████████

**Signed by:** Josh Harris

**Date signed:** 05/22/2023 3:43 PM CST

**Loan ID:** ████66

# EXHIBIT B

# LOAN AGREEMENT

Loan Date: 12/22/2022          Loan #: ███11

Due Date: 12/30/2022

W6LS, Inc.                     NAME:     Donita Olds
10600 S. Pennsylvania Ave.     ADDRESS: ████████████
Suite 16 #828
Oklahoma City, OK 73170-4257   PHONE:   ████████████

# FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | AMOUNT FINANCED | TOTAL OF PAYMENTS |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 497.25% | $1,733.93 | $600.00 | $2,333.93 |

Your Payment Schedule will be:

| Payment Number | Amount of Payment | Payment Due Date |
|---|---|---|
| 1 | $59.86 | 12/30/2022 |
| 2 | $59.86 | 1/6/2023 |
| 3 | $59.86 | 1/13/2023 |
| 4 | $59.86 | 1/20/2023 |
| 5 | $59.86 | 1/27/2023 |
| 6 | $59.86 | 2/3/2023 |
| 7 | $59.86 | 2/10/2023 |
| 8 | $59.86 | 2/17/2023 |
| 9 | $59.86 | 2/24/2023 |
| 10 | $59.86 | 3/3/2023 |
| 11 | $59.86 | 3/10/2023 |
| 12 | $59.86 | 3/17/2023 |
| 13 | $59.86 | 3/24/2023 |
| 14 | $59.86 | 3/31/2023 |
| 15 | $59.86 | 4/7/2023 |
| 16 | $59.86 | 4/14/2023 |
| 17 | $59.86 | 4/21/2023 |

| | | |
|---|---|---|
| 18 | $59.86 | 4/28/2023 |
| 19 | $59.86 | 5/5/2023 |
| 20 | $59.86 | 5/12/2023 |
| 21 | $59.86 | 5/19/2023 |
| 22 | $59.86 | 5/26/2023 |
| 23 | $59.86 | 6/2/2023 |
| 24 | $59.86 | 6/9/2023 |
| 25 | $59.86 | 6/16/2023 |
| 26 | $59.86 | 6/23/2023 |
| 27 | $59.86 | 6/30/2023 |
| 28 | $59.86 | 7/7/2023 |
| 29 | $59.86 | 7/14/2023 |
| 30 | $59.86 | 7/21/2023 |
| 31 | $59.86 | 7/28/2023 |
| 32 | $59.86 | 8/4/2023 |
| 33 | $59.86 | 8/11/2023 |
| 34 | $59.86 | 8/18/2023 |
| 35 | $59.86 | 8/25/2023 |

| 36 | $59.86 | 9/1/2023 |
| 37 | $59.86 | 9/8/2023 |
| 38 | $59.86 | 9/15/2023 |
| 39 | $59.25 | 9/22/2023 |

## Itemization of Amount Financed

| | |
|---|---|
| Amount given to you directly: | $600.00 |
| **PLUS** Amount paid on your behalf to a third party | $ 0.00 |
| **EQUALS** Amount Financed/Principal Loan Amount: | $600.00 |

**Security:** If you have chosen the Electronic Funds Transfer ("**EFT**") debit option, your EFT authorization is security for this loan. We have disclosed to you that our interest in your EFT authorization is a security interest for Truth in Lending purposes only, because neither Tribal Law nor federal law clearly addresses whether our interest is a security interest.

**Late Charge:** If a payment is late, you may be charged a $20.00 late fee.

**Returned Payment Fee:** If a payment is returned, you may be charged a $20.00 late fee.

**Prepayment:** If you pay the loan early you will not have to pay a penalty.

See your contract for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

THIS LOAN AGREEMENT (this "**Agreement**") is between you and W6LS, Inc., an arm of the Otoe-Missouria Tribe of Indians, a federally recognized Indian tribe, doing business as WithU and WithU Loans, and identified herein as **"WithU"** or **"Lender"**. Anytime this Agreement references "**you**" or "**your**," it means you as the borrower/debtor, and your heirs, guardian, personal representative, or trustee in bankruptcy; when it references **"WithU"**, "**Lender**," "**we**," "**us**" or "**our**," it means W6LS, Inc.; when it references "**Tribe**," "**tribe**," "**Tribal**" or "**tribal**," it means the Otoe-Missouria Tribe of Indians; when it references "**Loan**," it means the transaction between you and us pursuant to the terms of this Agreement, including, but not limited to, this consumer loan; when it references "**Tribal Law**" it means any law, ordinance or regulation duly enacted by the Tribe or the Otoe-Missouria Consumer Finance Services Regulatory Commission; when it references "**Applicable Law**" it means Tribal Law and applicable federal law; when it references "**Bank Account**" it means the demand deposit (checking), savings, or other consumer asset account held directly or indirectly by a financial institution, the account's identifying information (such as transit and routing information), and access device (as defined under Regulation E) that you provide to us, update or modify from time to time. Any EFT Authorization Agreement that you execute or otherwise append your mark or electronic signature is hereby incorporated by reference.

**PLEASE READ THIS IMPORTANT DISCLOSURE AND THE TERMS OF THIS AGREEMENT CAREFULLY BEFORE SIGNING.**

**LENDER IS AN ARM OF THE TRIBE. IT IS AN ENTITY FORMED AND OPERATED PURSUANT TO TRIBAL LAW, IT IS OWNED AND OPERATED BY THE TRIBE, AND IT WAS FORMED FOR THE EXPRESS PURPOSE OF ECONOMIC DEVELOPMENT AND BETTERMENT OF THE TRIBE. BOTH THE LENDER AND THE TRIBE ARE IMMUNE FROM SUIT IN ANY COURT EXCEPT TO THE EXTENT THAT THE TRIBE, THROUGH ITS TRIBAL COUNCIL, EXPRESSLY AND UNEQUIVOCALLY WAIVES THAT IMMUNITY. THE LENDER, AS AN ARM OF THE TRIBE, IS ALSO IMMUNE FROM SUIT IN ANY COURT EXCEPT AS PROVIDED IN THE LIMITED IMMUNITY WAIVER CONTAINED HEREIN. THE LENDER IS REGULATED AND LICENSED BY THE TRIBE'S CONSUMER FINANCE SERVICES REGULATORY COMMISSION (THE "COMMISSION") IN ACCORDANCE WITH TRIBAL LAW. YOUR RIGHT TO SUBMIT A DISPUTE IS LIMITED TO THE DISPUTE RESOLUTION PROCESS SET FORTH IN THIS AGREEMENT. UNLESS YOU TIMELY EXERCISE YOUR RIGHT TO REJECT ARBITRATION IN ACCORDANCE WITH THE**

**DISPUTE RESOLUTION PROCESS IN THIS AGREEMENT, ANY DISPUTE YOU HAVE RELATED TO THIS AGREEMENT WILL BE RESOLVED BY FINAL AND BINDING ARBITRATION.**

**YOU SHOULD UNDERSTAND AND CAREFULLY EVALUATE YOUR ABILITY TO REPAY THIS LOAN. THIS LOAN HAS A HIGH INTEREST RATE AND IT IS NOT INTENDED TO PROVIDE A SOLUTION FOR LONGER TERM CREDIT OR OTHER FINANCIAL NEEDS. ALTERNATIVE FORMS OF CREDIT MAY BE LESS EXPENSIVE AND MORE SUITABLE FOR YOUR FINANCIAL NEEDS. IT IS YOUR RESPONSIBILITY, AND NOT LENDER'S RESPONSIBILITY, TO EVALUATE YOUR FINANCIAL OPTIONS. IF YOU ARE HAVING FINANCIAL DIFFICULTIES, YOU SHOULD SEEK THE ASSISTANCE OF A FINANCIAL COUNSELOR.**

**BEFORE SIGNING THIS AGREEMENT, PLEASE CAREFULLY READ ITS TERMS. YOUR SIGNATURE AND ACCEPTANCE OF THIS AGREEMENT WILL BE DEEMED AS PROOF THAT YOU ACCEPT ALL OF THE TERMS OF THIS AGREEMENT AND EXPRESSLY AGREE: (I) YOUR LOAN IS MADE WITHIN THE TRIBE'S JURISDICTION, IS SUBJECT TO AND GOVERNED BY APPLICABLE LAW; (II) THE LOAN AND THIS AGREEMENT ARE NOT GOVERNED BY THE LAW OF YOUR STATE OF RESIDENCE OR ANY OTHER STATE; (III) YOUR RESIDENT STATE LAW MAY HAVE INTEREST RATE LIMITS AND OTHER CONSUMER PROTECTION PROVISIONS THAT ARE INAPPLICABLE TO THE AGREEMENT, LENDER, AND YOUR LOAN; (IV) YOU HAVE READ THIS AGREEMENT; (V) YOU HAVE HAD THE OPPORTUNITY TO CONSULT WITH AN INDEPENDENT FINANCIAL COUNSELOR BEFORE ACCEPTING THIS AGREEMENT AND ACKNOWLEDGE THAT IT IS YOUR RESPONSIBILITY, NOT LENDER'S, TO EVALUATE YOUR FINANCIAL OPTIONS; (VI) YOU CONSENT TO ALL OF THE AGREEMENT'S TERMS, INCLUDING THE INTEREST RATE AND THE DISPUTE RESOLUTION PROCESS; (VII) YOU HAVE PROVIDED LENDER WITH THE MOST CURRENT AND ACCURATE EMPLOYMENT, CREDIT, INCOME, AND ASSET HISTORY REQUIRED FOR LENDER TO ASSESS YOUR ELIGIBILITY AND CREDITWORTHINESS; AND (VIII) YOU AFFIRMATIVELY ACKNOWLEDGE THAT YOU ARE ABLE TO REPAY THE LOAN ACCORDING TO THE TERMS OF THIS AGREEMENT.**

1. **PROMISE TO PAY:** You promise to pay us the Total of Payments listed in the Payment Schedule and any other permitted charges under this Agreement on or before the Maturity Date. On the date of your last scheduled payment (the "**Maturity Date**"), Lender, at its option, may require you to pay in full all remaining amounts owing under this Agreement or permit you to continue to make

payments in the then-scheduled amount on an extended Payment Schedule until all indebtedness under this Loan Agreement is paid in full.

2. **PAYMENTS:** You may pay each payment owing under this agreement by EFT debit, check, money order or any other payment method that we may offer from time to time. If you have chosen the EFT debit option and do not want an EFT entry initiated for your payment, for your convenience you have the option to notify us and make arrangements with us by 5:00 PM Central Time at least 2 business days prior to the Payment Date so an authorized EFT entry is not initiated. If you choose to mail a payment, then all payments shall be mailed to WithU, Post Office Box 707, Weatherford, Oklahoma 73096; your payment must reach this address by 5:00 PM Central Time on the Payment Due Date.

3. **PREPAYMENT:** You have the right to make payments of principal at any time before they are due. A payment of principal made before it is due is known as a "prepayment." You may not designate a payment as a prepayment if you have not made all payments when due under this Agreement, and accrued interest must be paid before any prepayment will be applied to principal amounts outstanding. You may make a full or partial prepayment without paying any prepayment fee. If you make a partial prepayment, there will be no changes in the due date or in the amount of your payment due unless we agree in writing to those changes.

4. **NO CONTINGENCY:** You agree that we have not made the Loan contingent upon your obtaining any other product or service from us or anyone else. Your receipt of this loan is not conditioned on repayment by EFT.

5. **PAYMENT APPLICATION:** We will apply your payments first to current interest, then to accrued but unpaid interest, then to principal amounts outstanding, and then to any other fees due to us (e.g. Late Fees, Returned Payment Fees, and Deferment Fees).

6. **WHEN YOU BEGIN PAYING INTEREST:** You begin to pay us interest on the Loan on the date designated as the "Loan Date" listed in this Agreement. We will use reasonable efforts to disburse the proceeds of the Loan to you on or before the next business day following the Loan Date. Unavoidable delays as a result of bank holidays; the processing schedule of your individual bank; the untimely receipt of pay stubs, if such pay stubs are required; inadvertent processing errors; "acts of God"; and/or "acts of terror" may extend the time for

disbursement. **You will be charged interest on the unpaid amount of the Loan each day from the Loan Date until the Loan is paid in full.** In calculating your payments, we have assumed you will make each payment on its Payment Due Date, and in the amount due. If any payment is received after the Payment Due Date, then you must pay any additional interest that accrues after such date.

7. **CALCULATION OF INTEREST AND PAYMENTS:** The interest charged on your Loan is calculated using the accrual method and has been computed to account for your payment of all installments on their scheduled Payment Due Dates. Interest shall not be payable in advance or compounded. Interest will accrue based upon the number of days elapsed over a year having 365 days.

8. **POST-MATURITY INTEREST:** Interest will accrue on the principal balance remaining unpaid up to the Maturity Date at the rate specified in this Agreement. Lender, at its option, may suspend interest accrual on any principal balance that remains unpaid after the Maturity Date.

9. **LATE FEE:** If any payment owed by you on this Loan has not been received by us in the full amount due on a Payment Due Date and remains past due for 10 days after that Payment Due Date, then you agree that we may assess a late fee of $20. You authorize us and our agents to make a one-time withdrawal from your Bank Account to collect this fee if you have elected the EFT debit option.

10. **RETURNED PAYMENT FEE:** If any payment made by you on this Loan is not honored or cannot be processed for any reason, including insufficient funds in your Bank Account, then you agree that we may assess a fee of $20.00. You authorize us and our agents to make a one-time withdrawal from your Bank Account to collect this fee if you have elected the EFT debit option. Your financial institution may also impose a fee for a dishonored item.

11. **FAILURE TO PERFORM:**

   a. **Default:** You will be in default under this Agreement if you fail to keep any of your promises under this Agreement, including by, without limitation: (a) providing false or misleading information about yourself, your employment or your financial condition prior to entering into this Agreement; (b) failing to make a payment by the Payment Due Date or if your payment is returned to us for any reason; or (c) filing for bankruptcy

or becoming a debtor under the Federal Bankruptcy Laws. You will also be in default under this Agreement if we are notified that your Bank Account is closed, frozen, invalid, non-transactional, or is not a bank account, and, prior to our receiving such notification, you have not designated a different, valid Bank Account.

b. **Acceleration; Remedies:** In the event of Default, we may require immediate payment in full of all sums due under this Agreement to the maximum extent allowable by Applicable Law. If you have authorized us to debit your Bank Account by EFT, we reserve the right to debit your account in an amount that represents payment in full of the amount you owe at the time of Default. We otherwise retain our right to pursue all legally available means to collect what you owe us.

c. **Collection:** You understand that if we are required to employ an attorney to collect any amounts due under this Agreement, then you will be required to pay the reasonable fees of such attorney incurred to protect our interest or to collect the amounts due.

d. **Transfer:** We reserve the right to sell or transfer this Agreement and its obligations at any time, regardless of whether your loan is current or in default. Sale or transfer of a loan that is in default will not affect your obligations under this Agreement.

e. **Cancellation:** You understand that if an EFT credit entry to your Bank Account to disburse the proceeds of this Loan fails for any reason, then this Loan may be cancelled by us.

12. **ELECTRONIC FUNDS TRANSFER (EFT) AUTHORIZATION; CHECK CONVERSION:**

a. **EFT Payment Option:** For your convenience and benefit, you may choose to make payments by EFT. **Your receipt of this loan is not conditioned on repayment by EFT.** You may pay each payment owing under this agreement by EFT debit, check, money order or any other payment method that we may offer from time to time.

b. **EFT Authorization To Credit Bank Account:** Unless you elect to receive the

Loan proceeds by check as set forth in Section 13(c) below, you authorize us and our agents to initiate an EFT credit entry to your Bank Account to disburse the proceeds of this Loan.

   c. **EFT Authorization To Debit Bank Account:** If you elect to repay amounts due on your Loan by EFT debit, then recurring withdrawals will be initiated as EFT debit entries from your Bank Account pursuant to and in accordance with the terms of your EFT Authorization Agreement, this Agreement, and any modifications or adjustments to your Payment Schedule or your Agreement that we may agree to make. **If your payment date falls on a Saturday, Sunday or bank-recognized holiday, then your EFT debit will be processed one business day BEFORE that payment date.**

   d. **Check Processing:** If you provide a check as payment, you agree we may use information from your check to make a one-time electronic withdrawal from your Bank Account or process the payment as a check transaction. In that event, funds may be withdrawn from your Bank Account as soon as the same day we receive your payment and you will not receive your check back from your financial institution.

13. **FUNDING OPTIONS:** You have the option to receive your loan proceeds by ACH credit, by wire transfer, or by check as described below.

   a. **ACH Credit:** No additional fee is charged by WithU if you choose to receive your loan proceeds by ACH credit but there may be a delay of 1 to 2 business days before the funds post to your account due to processing and hold times, which may be imposed by the originating and receiving financial institutions and/or their agents.

   b. **Wire Transfer Credit:** No additional fee is charged by Lender if you choose to receive your loan proceeds by wire transfer, but you will be responsible for any fees that your financial institution may impose.

   c. **Check:** You can choose to receive your loan proceeds by check and delivered by regular mail through the United States Postal System. You should allow 7 to 10 days for delivery of the Loan proceeds.

14. **ESIGN DISCLOSURE AND CONSENT:** *Please read this ESign Disclosure and Consent carefully.* Certain laws and regulations require us to provide notices and disclosures to you in writing. The federal Electronic Signatures in Global and National Commerce Act ("**ESIGN Act**") allows the use of electronic records and electronic signatures, and it ensures the validity and legal effect of contracts entered electronically. When you agree to use electronic records and electronic signatures, then we can conduct business with you electronically, including providing required notices to you electronically. When you agree to conduct business electronically, you will be certifying that you agree to receive electronically this Agreement, and all disclosures, notices, documents, other agreements, and information associated with your Loan (collectively, "**Communications**"). You also agree that this Agreement and all Communications are electronic records and that, as such, they may be transferred, authenticated, stored, and transmitted by electronic means.

a. **Consent to Electronic Delivery:** You agree that WithU, its agents and its representatives may provide all Communications to you electronically. You agree and consent to our use of email as the electronic delivery method when Applicable Law may require us to provide you with notification of payment transfer attempts and other payment disclosures. You agree to print out, download or otherwise store the Communications to keep for your records. You may still request a paper copy of your Agreement and any Communication by following the procedure outlined below. This consent does not apply to any future loans that may occur between us.

b. **Paper Copies of Disclosures:** You may request a paper copy of any Communication that we have provided to you or made available to you electronically, provided your request is made within 20 business days after we first provided the Communication to you. To do so, you must send an e-mail to DocumentRequest@withuloans.com with the subject line "Paper Copy Request" and in the body of the email you must state your e-mail address, full name, US Postal address, and telephone number, and also describe the Communication or Communications that you are requesting a paper copy of. You may also submit your request by mail to WithU, 10600 S. Pennsylvania Ave., Suite 16 #828, Oklahoma City, Oklahoma 73170-4257, Attention: Compliance Department. There is no fee for the paper copy.

c. **Withdrawing Consent to Electronic Delivery:** You may withdraw your consent to receive future Communications electronically by e-mailing us in writing at: Compliance@withuloans.com with the subject line of "Withdraw Electronic Consent" and including your full name, US Postal Address, email address, and telephone number in the body of the email. Your withdrawal of consent will be effective only after we have had a reasonable period to process your request. If you decide to withdraw your consent, it will not affect the validity or effectiveness of any Communications sent to you electronically prior to the date that your withdrawal of consent becomes effective.

d. **Hardware and Software Requirements**: In order to receive electronic Communications, you must have the following: (1) access to the Internet; (2) an active email account; (3) software capable of receiving email through the Internet; (4) supported Web browsing software (such as Chrome version 32.0 or higher, Firefox version 26.0 or higher, Internet Explorer version 8.0 or higher, or Safari version 7.0 or higher); and (5) hardware capable of running this software. To ensure access and optimal printing of your loan documents in PDF format, you must have Adobe Reader. To install the free version of Adobe Reader, click here or visit https://get.adobe.com/reader/.

e. **Additional Mobile Technology Requirements:** If you access our website or Communications by a mobile device (such as a smart phone or tablet), or if you download and use our Mobile App, then you must make sure that you have software on your mobile device that allows you to print and save the disclosures presented to you during the application process. If you do not have these capabilities on your mobile device, please access our site through a device that provides these capabilities.

f. **Your Electronic Signature:** Your "electronic signature" means an electronic sound, symbol, or process, attached to or logically associated with a contract or other record and executed or adopted by you with the intent to sign the record; it can be created using email, text message, fax, or recorded touch tone capture files. For example, if you were to reply "Agree" to a text message referencing an amendment or push a specific number on your phone which is recorded by an interactive voice response or call

recording system as an electronic file, then you are creating an electronic signature.

g. **Consent and Acknowledgment:** You acknowledge and confirm that:

   i. You can view this consent. You are also able to download and review files within a web browser or a mobile device;

   ii. You have (1) access to the Internet, (2) an active email account, (3) software capable of receiving email through the Internet, (4) supported Web browsing, and (5) hardware capable of running this software, an account with an Internet service provider, and the ability to send e-mail and receive email with hyperlinks to websites;

   iii. You have read the information about the requirements to receive Communications electronically, and the use of electronic signatures;

   iv. You consent to the use of electronic Communications and electronic signatures;

   v. When you click a signature button to 'process your loan', you are (i) adopting an electronic process to confirm your consent to the terms of your Agreement, (ii) affixing your signature electronically to the Agreement, and (iii) certifying that all information you have provided in connection with the transaction is complete and accurate; and

   vi. Your electronic signature will have the same force and effect and will bind you to this Agreement in the same manner and to the same extent as a physical signature would do, and that your consent to conduct business electronically inures to us, as well as our affiliates, agents, employees, successors, and assigns.

15. **CHANGES TO YOUR CONTACT INFORMATION:** You agree to keep us informed of any changes to your contact information, including any changes to your email address or mailing address so that you can continue to receive Communications timely. You may update your contact information by logging into your account

through WithU's Account Portal, by calling us at (866) 404-0674, by emailing CustomerCare@withuloans.com, or by writing to us at WithU, 10600 S. Pennsylvania Ave., Suite 16 #828, Oklahoma City, Oklahoma 73170-4257, Attention: Compliance Department.

16. **VERIFICATION:** You authorize us to verify the information you provide to us, understand that verification may be ongoing, and permit us to obtain and share information about you (including, without limitation, your identity, digital identity, employment, income, assets and debts, payment history and collection activity) from and with consumer reporting agencies and other sources. We reserve the right to withhold funding of any Loan at any time prior to disbursement to allow us to verify the information you have provided to us. You authorize your wireless operator to disclose your mobile number, name, address, email, network status, customer type, customer role, billing type, mobile device identifiers (IMSI and IMEI) and other subscriber and device details, if available, to WithU and service providers for the duration of the business relationship, solely for identity verification and fraud avoidance. Please review WithU's Privacy Policy for how we treat your data.

17. **CREDIT REPORTING:** We may obtain a consumer credit report from one or more consumer credit reporting agencies ("**credit bureaus**") in connection with your application and as otherwise allowed by Applicable Law. You agree that we may obtain additional credit reports and other information about you in connection with updates, regular payments, account review, collections activity or for any other legitimate purpose. **You agree that we may also report information about your Loan to credit bureaus, and you understand that such reporting may include late payments, missed payments, or other things associated with your loan to be reflected on your credit report.**

18. **TELEPHONE CALLS AND SMS TEXT MESSAGES:**

    a. **Consent Generally:** You hereby agree and consent to be contacted by us, our employees, agents, representatives, affiliates and/or anyone calling on our behalf (collectively, "**Representatives**") at any telephone number (including any mobile phone number) you provide to us and any physical or electronic address you provide to us, and you agree that we may use multiple means to contact you including, but not limited to, SMS messaging or other text messaging, autodialed or prerecorded messages,

direct drop voicemail, push notifications, email and other technologies. You agree that automated messages may be played when the telephone is answered, whether answered by you or someone else, and an agent or representative may leave a message on your answering machine, voicemail or by text. Your provider's messaging and data rates may apply to all SMS text messages. You may opt out of receiving SMS messages by: (1) sending "STOP" to the SMS text message you received; (2) calling us at (866) 404-0652; or (3) emailing customer service at CustomerCare@withuloans.com. Data obtained from you in connection with this SMS service may include your name, address, cellphone number, your provider's name, the date and time, and content of your messages. We will not be liable for any delays in the receipt of any SMS messages, as delivery is subject to effective transmission from your network operator. To view our privacy policy visit www.withuloans.com/privacy.

b. **Consent to Receive Marketing Offers:** You agree and consent that we and our Representatives may use multiple means (including direct mail, email, autodialed or pre-recorded phone calls, direct drop voicemail, SMS, text, push notifications, and other technologies) to contact you at any telephone number (including any mobile phone number) and any physical or electronic address you provide to us to inform you of products and services that we think may interest you. Your consent will be effective even if the number you have provided is registered on any state and/or federal Do-Not-Call list. Your consent will remain in effect until you revoke it and it is not a condition of obtaining a loan. If you would like to stop receiving SMS text messages, please notify us by replying "STOP" to the text message, or by texting "STOP" to  (866) 404-0652, or by calling us at (866) 404-0674 and follow the voice prompts. If you would like to stop receiving marketing offers by email, please click the 'unsubscribe' link at the bottom of the communication. Alternatively, you may email us at Opt-Out@withuloans.com or write to us at WithU, 10600 S. Pennsylvania Ave., Suite 16 #828, Oklahoma City, Oklahoma 73170-4257, Attention: Compliance Department. If you wish to change or stop receiving offers to specific telephone numbers, you may also call us at (866) 404-0674 or email customer service at CustomerCare@withuloans.com.

19. **RIGHT TO RESCIND:** YOU HAVE THE RIGHT TO RESCIND THIS LOAN, WITHOUT

COST TO YOU OR FURTHER OBLIGATION TO US, BY EMAILING RESCIND@WITHULOANS.COM OR TELEPHONING TOLL-FREE (866) 404-0674 BY 5:00 PM CENTRAL TIME ON THE SECOND BUSINESS DAY FOLLOWING THIS TRANSACTION. SHOULD YOU TIMELY RESCIND THIS LOAN, YOU MUST IMMEDIATELY REPAY THE FULL AMOUNT OF THE LOAN PRINCIPAL DEPOSITED INTO YOUR BANK ACCOUNT. ANY PREASSESSED FEE WILL NOT BE DEEMED SECURITY FOR THE TRANSACTION AND WILL BE RETURNED TO YOUR ACCOUNT WITHIN 2 BUSINESS DAYS OF YOUR RESCISSION, AND YOU WILL NOT BE ASSESSED ANY FEES OR COSTS OTHERWISE SET FORTH IN THE AGREEMENT.

20. **PATRIOT ACT:** We adhere to the USA PATRIOT Act and therefore have adopted procedures to request and retain in our records information we deem necessary to verify your identity, including digital identity. You consent to these procedures and further consent to ongoing identity verification (including digital identity) by us using any reasonable means.

21. **REPRESENTATION AND WARRANTIES:** You hereby promise, represent and warrant: (a) that all information you have provided to us is accurate; (b) if you elected to have your Loan proceeds disbursed by ACH credit or wire and/or have signed an EFT Authorization Agreement, that (i) your Bank Account on which the payment is drawn is a legitimate, open and active account in your name, and (ii) you will have sufficient funds in your Bank Account on and after the payment date for each payment to be paid until it is paid; (c) that you are at least 18 years of age and have the right to enter into this Agreement; (d) that you have the ability to repay this loan when due; (e) that you are not currently a debtor under any proceeding in bankruptcy and that you have no intention to file a petition for relief under any chapter of the United States Bankruptcy Code; (f) that you are NOT a regular or reserve member of the Army, Navy, Marine Corps, Air Force or Coast Guard serving on active duty, or a dependent of such member; (g) that (i) the telephone numbers that you provide to us are numbers that are assigned to you and not someone else, (ii) you are permitted to receive calls at each of the telephone numbers you provide to us, and (iii) you agree to notify us whenever you stop using a particular telephone number; and (h) that you have read, understand and agree to all of the terms and conditions contained in this Agreement.

22. **WAIVER OF CLASS ACTIONS, REPRESENTATIVE ACTIONS, JURY TRIAL:** Class actions, other similar representative procedures and consolidation of claims are **NOT** available under your Loan Agreement. **YOU UNDERSTAND AND AGREE THAT YOU MAY NOT SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY, NOR PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN ANY PROCEEDING WITH RESPECT TO ANY DISPUTE (DEFINED BELOW) OR CLAIM.** Further, you understand and agree that (a) you may not join your Dispute with others, (b) you must resolve your Dispute(s) separately, and (c) you will not assert and waive any claim or right to have a Dispute resolved by a jury trial.

23. **ARBITRATION AGREEMENT:** *Please read this Arbitration Agreement carefully.* This Arbitration Agreement provides that all Disputes (defined below) between you and us must be resolved by binding arbitration. **UNDER THIS ARBITRATION AGREEMENT, YOU AGREE TO GIVE UP YOUR RIGHT TO GO TO COURT AND TO HAVE A JUDGE OR JURY RESOLVE YOUR DISPUTE.**

    **YOU HAVE THE RIGHT TO REJECT THIS ARBITRATION AGREEMENT AND OPT OUT OF ARBITRATION, BUT IF YOU WISH TO REJECT IT, YOU MUST DO SO TIMELY AS PROVIDED BELOW.**

    **How to Reject this Arbitration Agreement.** To reject this Arbitration Agreement, you must send us a written notice stating you reject this Arbitration Agreement and include your name, your loan account number (or last 4 digits of your social security number) and address. Your notice must be mailed to WithU, 10600 S. Pennsylvania Ave., Suite 16 #828, Oklahoma City, Oklahoma 73170-4257 or emailed to Legal@withuloans.com. Your rejection notice must be post-marked or emailed on or before the "**Arbitration Rejection Date**," which is 30 days after the Loan Date set forth at the top of your Loan Agreement. Rejection notices that are sent to any other address or are communicated verbally or are sent or postmarked after the Arbitration Rejection Date will not be accepted or effective.

    **What Happens If You Reject this Arbitration Agreement.** If you reject this Arbitration Agreement timely and as provided herein then:

- You will have **IRREVOCABLY AGREED** to the **EXCLUSIVE PERSONAL AND SUBJECT MATTER JURISDICTION** of the **SOUTHERN PLAINS COURT OF INDIAN OFFENSES** in Oklahoma. For a copy of the Court Rules, please visit the Court of Indian Offenses website at https://www.bia.gov/regional-offices/southern-plains/court-indian-offenses;

- You will have **WAIVED ALL OBJECTIONS** to such jurisdiction and venue;

- You will have consented to have your Dispute heard on an **INDIVIDUAL BASIS** only; and

- You will have **WAIVED ANY RIGHT** to and **AGREED NOT TO** serve as a representative, as a private attorney general, or in any other representative capacity, and/or to participate as a member of a class of claimants in court or in arbitration, with respect to any claim or Dispute that is subject to arbitration.

a. **Definitions:** For purposes of dispute resolution and this Arbitration Agreement, the terms "**you**" and "**your**" include you as the borrower and your heirs, guardian, personal representative, or trustee in bankruptcy; the terms "**we**," "**our**," and "**us**" mean Lender, Lender's agents, servicers, assigns, vendors and any third party, Lender's affiliated companies, the Tribe, and each of its and their respective agents, representatives, employees, officers, directors, members, managers, attorneys, successors, predecessors, and assigns. Any claim, dispute or controversy of any kind or nature between you and us about or involving your loan, your loan account, any prior loans or accounts you held with us (collectively "**loan account**"), your current loan agreement with us (including future amendments) or any prior loan agreement with us (all of which collectively are a "**Loan Agreement**") or our relationship is referred

to as a "**Dispute**". Disputes include, for example, claims or disputes arising from or relating in any way to: the interpretation, applicability, validity, arbitrability, enforceability, formation or scope of any Loan Agreement or this Arbitration Agreement; transactions between you and us; any interest, charges, or fees assessed on your loan; any service(s) or programs related to your loan; any communications related to your loan; and any collection or credit reporting of your loan. Disputes also include claims or disputes arising from or relating in any way to advertising and solicitations, or the application for, approval, or establishment of your loan. Disputes are subject to arbitration regardless of whether they are based on contract, tort, constitutional provision, statute, regulation, common law, equity or other source, and regardless of whether they seek legal, equitable and/or other remedies. All Disputes are subject to arbitration whether they arose in the past, may currently exist or may arise in the future. Arbitration will apply even if your loan is closed, sold or assigned; you pay us in full any outstanding debt you owe; or, to the maximum extent permitted by applicable bankruptcy law, you file for bankruptcy. If your loan is sold and/or assigned, we retain our right to elect arbitration of Disputes by you and you retain your right to elect arbitration of Disputes by us.

b. **Arbitration, generally:** When you submit a Dispute (defined below) to arbitration:

- Your rights will be determined by a **neutral arbitrator** and not a **judge or a jury**.

- The procedures in arbitration are simpler and more limited than rules that are applied in court proceedings.

- Decisions by an arbitrator are subject to **very limited review by a court**.

- You agree that the most current version of the Arbitration Agreement (except for any updates you have rejected properly within the time and manner provided) that is in effect as of the date we receive your notice of Dispute will govern the Dispute.

c. **Law Governing:** This Arbitration Agreement is governed by the Federal Arbitration Act, 9 U.S.C. §§ 1 et seq., and the law applicable in arbitration is Applicable Law, as that term is defined in your Loan Agreement.

d. **Clarification Regarding Governing Law:** As separately provided, the law applicable in arbitration is Applicable Law, which includes applicable federal law. This means that in arbitration you are entitled to invoke the same body of federal law that you would have been entitled to invoke in litigation. In other words, proceeding in arbitration gives you access to the exact same body of federal remedies available in litigation.

e. **Application to Class Actions, Representative Actions and Waiver of Jury Trial:** Class actions, other similar representative procedures and consolidation of claims are **NOT** available under this Arbitration Agreement. **YOU MAY NOT SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL OR IN ANY OTHER REPRESENTATIVE CAPACITY, NOR MAY YOU PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN COURT OR IN ARBITRATION, WITH RESPECT TO ANY CLAIM THAT IS SUBJECT TO ARBITRATION**. Further, you may not join your Dispute with other persons in the arbitration; each person must arbitrate his or her own Dispute(s) separately. You also waive your right to have a court or jury trial resolve your Dispute.

f. **Informal Resolution:** You and we agree to attempt to first resolve any Dispute informally. You agree that you will notify us of your Dispute by sending an email to Legal@withuloans.com. Your email must include your name, your loan account number (or last 4 digits of your social security number), and address; describe the nature and basis of your Dispute; and use the phrase "Notice of Dispute" in the subject line. We will investigate your Dispute and let you know of our decision within 30 business days from the date we received your correspondence. If you do not accept our decision, then you may submit your Dispute to final and binding arbitration in the manner described in the section below (unless you have properly rejected the Arbitration Agreement in the time and manner provided above).

g. **Proceeding in Arbitration:** If the Dispute cannot be resolved informally, then you or we may file a claim for arbitration with the American

Arbitration Association ("**AAA**") through its website at www.adr.org. If the AAA is unable or declines to administer the Dispute, then you and we agree to select a substitute arbitration organization to administer the Dispute. If you and we cannot agree on a substitute arbitration organization, then either of us may petition the United States District Court for the Northern District of Oklahoma or the courts of the state of Oklahoma sitting in Kay County to appoint the arbitration service provider, as permitted under 9 U.S.C. § § 5. (The AAA and any substitute arbitration service provider selected or appointed as contemplated here collectively are the "**Arbitration Organization**".) We will reimburse your filing fees, reasonable attorneys' fees and other costs of arbitration if you prevail. After the Arbitration Organization notifies the parties that an arbitration demand has been filed, the responding party will have 14 days to file a response or counterclaim. After filing of the claim, response or counterclaim (if elected), no further claims or counterclaims may be made except on motion to the arbitrator. Any delay or failure to file a counterclaim or response will not delay an arbitration from proceeding.

h. **Selecting the Arbitrator:** The Arbitration Organization will provide you and us with a list of at least three arbitrator candidates from the National Roster, which, in order to be deemed acceptable as an arbitrator candidate, must (i) be either a retired judge or an attorney, (ii) have experience in contract matters, and (iii) to the extent practicable, have experience in Federal Indian law. You and we will select one arbitrator from that list of candidates. If you and we cannot agree on an arbitrator within 10 days, then you or we may ask the Arbitration Organization to appoint an arbitrator from the list of candidates. If the designated arbitrator becomes unable or unwilling to proceed, then you and we agree that a substitute arbitrator will be appointed pursuant to the AAA Consumer Arbitration Rules.

i. **Preliminary Management Hearing; Discovery; Motions:** The Arbitration Organization will schedule a preliminary management hearing with the appointed arbitrator to narrow the issues and establish a schedule and procedure for any law and motion proceedings to expedite arbitration. The preliminary management hearing will be conducted by conference call, video conference or internet. Discovery will be completed within 60 days

of this preliminary management hearing and will consist exclusively of: (a) one set of interrogatories to each party not to exceed 15 in number including subparts, and (b) loan account information and documents pertaining to credit that you sought or obtained from us. Subject to Principle 13 of the AAA's consumer Due Process Protocol, any other forms of discovery will be allowed only upon a showing of good cause to the arbitrator. The arbitrator will honor claims of privilege recognized by law and will take appropriate steps to protect confidential or proprietary information. The arbitrator may decide any motion that is substantially similar to a motion to dismiss for failure to state a claim or a motion for summary judgment.

j. **Administration and Procedures; Award; Fees:** The AAA Consumer Arbitration Rules, available at www.adr.org/Rules, will be used to administer the arbitration, and you and we each agree that the Dispute will be arbitrated solely through submission of documents in accordance with the AAA Procedures for the Resolution of Disputes Through Document Submission, without an in-person or telephonic hearing. If the arbitrator decides that an in-person hearing is necessary, however, then the arbitration will be conducted on Tribal land or within thirty (30) miles of your then-current residence, at your choice, provided that this accommodation for you shall not be construed in any way (a) to relinquish or waive the sovereign status or immunity of the Tribe, (b) to relinquish or waive the sovereign status of Lender or expand the scope of the limited waiver provided by Lender below in the paragraph entitled "Enforcement of Award", or (c) to constitute a transaction of business in any place other than the Indian country of the Tribe.

The arbitrator is bound by the terms of this Arbitration Agreement. He or she must apply Applicable Law, the terms of the Loan Agreement and this Arbitration Agreement. If the AAA's rules or procedures are different than the terms of this Arbitration Agreement, the terms of this Arbitration Agreement will control. You and we agree that the arbitrator will issue a concise written award, in accordance with the timing requirements under the AAA Rules. The decision and award shall have no precedential or collateral estoppel effect. The arbitrator may make rulings and resolve disputes as to the payment and reimbursement of fees and expenses, at

any time during the proceeding and upon request from you or us within 14 days of the arbitrator's ruling on the merits. The right to attorneys' fees and expenses discussed in this paragraph supplements any right to attorneys' fees and expenses you may have under Applicable Law, but you may not recover duplicative awards of attorneys' fees or costs. If we prevail in arbitration and have a right to an award of attorneys' fees and expenses, we will not seek such an award

k. **Appeal:** You or we can file a written appeal to the Arbitration Organization within 30 days after an award is issued by filing a notice of appeal with any AAA office, which appeal will be administered by the Arbitration Organization pursuant to AAA's Consumer Appellate Arbitration Policy, available here and at https://www.adr.org. Any review by a court shall be governed by Sections 10 and 11 of the Federal Arbitration Act.

l. **Enforcement of Award:** Any final arbitration award will be binding on the named parties and judgment on the arbitration award may be entered in, and be enforceable by, the United States District Court for the Northern District of Oklahoma or if such federal court fails to find jurisdiction then in the courts of the state of Oklahoma sitting in Kay County, and appellate courts therefrom. Lender grants a limited waiver of its sovereign immunity which is limited to (i) arbitration of a Dispute only in accordance with and subject to the terms of this Arbitration Agreement, and (ii) enforcing a final award issued in such arbitration in the United States District Court for the Northern District of Oklahoma or if such federal court fails to find jurisdiction then in the courts of the state of Oklahoma sitting in Kay County, and appellate courts therefrom. This limited waiver is made by Lender to you only, does not include any waiver (express or implied) to any other person, and does not waive the sovereign immunity of the Tribe or any of the Tribe's other entities.

m. **Severability:** The provisions of this Arbitration Agreement will, where possible, be interpreted to sustain its legality and enforceability. If any provision of the Loan Agreement or this Arbitration Agreement or the whole of it is determined to be unenforceable, then the arbitrator may sever and/or reform any such provision to make it enforceable. The arbitrator may not, however, reform the clause requiring for Disputes to be heard on an individual basis or the waiver of the right to participate in any

class or collective action against us.

24. **GOVERNING LAW:** You understand and agree that this Agreement is governed by Applicable Law. You and we agree that the transaction represented by this Agreement involves interstate commerce for all purposes.

25. **ACKNOWLEDGEMENT AND CERTIFICATION:** When you sign this Agreement electronically, you are acknowledging and certifying that (i) you have read, understand and agree to all of the terms and conditions contained in this Agreement; (ii) you are providing your electronic signature on this document; (iii) all information you have provided in connection with this transaction is complete and accurate; and (iv) your electronic signature shall have the same force and effect, and shall bind you to this Agreement in the same manner and to the same extent as a physical signature would do, in accordance with ESIGN to the extent applicable. You understand that we reserve the right to decline an applicant at any time, with cause determined by judgment of risk, upon completion of a review and verification of the information submitted by you and your creditworthiness. If you do not understand this Agreement for any reason you may contact us at (866) 404-0674 or CustomerCare@withuloans.com.

26. **ENTIRE AGREEMENT; SEVERABILITY; GENERAL:** This Agreement, including the Arbitration Agreement, constitutes the entire agreement between you and Lender, and it may not be contradicted by evidence of prior or contemporaneous oral agreements. If any provision of this Agreement is held unenforceable, the remainder of this Agreement will remain in full force and effect. We may delay or forgo enforcing any of our rights without losing them. You hereby waive presentment, demand for payment, protest, and notice of dishonor. This Agreement and your obligations under it are binding upon your heirs, guardian, personal representative, or trustee in bankruptcy and upon anyone to whom you assign your assets or who succeeds you in any other way. We may assign or transfer this Loan and any of our rights under this Agreement. Your electronic signature and execution of this Agreement shall be deemed to occur in Indian country at Lender's business office within the Tribe's reservation in Red Rock, Oklahoma.

**By: W6LS, Inc.**

PRINT A COPY OF ALL DOCUMENTATION AND RETAIN FOR YOUR RECORDS.

**Your signature block:**

**Connected from:** █████████████

**Signed by:** Donita Olds

**Date signed:** 12/22/2022 3:40 PM CST

**Loan ID:** █████11

# **EXHIBIT C**

9/21/23, 7:40 AM                                        Openings

# C A L I B E R  ABOUT    OUR            CONTACT      CAREERS
### F I N A N C I A L   S E R V I C E S     SERVICES      US

# Current Openings

Caliber provides customized and personalized fintech solutions for partners who
want to expand their portfolio and product offerings. We are headquartered in Red
Rock, OK with additional offices located in Mission, KS. At Caliber, we've created a
working environment where unlikely ideas and new directions are welcomed. We
promote cross department collaboration that fosters a culture of productivity,
personal connection, and innovation. So please, introduce yourself! We'd love to meet
you!

Department ▲                                                      Location ▲

## Administration
Executive Administrative Assistant                          Overland Park, KS

## IT
Solution Architect - Limited Remote KS, MO, and OK          Overland Park, KS
Technical Business Analyst - Limited Remote position - KS, MO, or OK Overland Park,...

## Operations
Collection Specialist - Limited Remote position KS, MO, OK, or NV    Mission, KS
Facilities Coordinator                                      Overland Park, KS

## Risk & Analytics
Model Validation Analyst - Model Risk Governance            Overland Park, KS

9/21/23, 7:40 AM

Openings

powered by





ABOUT CALIBER          CONTACT US          OUR SERVICES

CAREERS

© 2021 Caliber Financial Services
1611 S. Utica Ave, #527, Tulsa, OK 74104-4909

# **EXHIBIT D**

# To A Better Tomorrow

Offering personal loans up to $2,500* to help manage life's unexpected events. Big or small, we're WithU every step of the way.

## START YOUR APPLICATION BELOW

Desired Loan Amount

$300                                            $2500        $1200

Approval Code (If Applicable)

Last
Last

First Name*

Last Name*

Email Address*

Last Four SSN*

By clicking GET STARTED, I agree that WithU's Terms of Use (https://www.withuloans.com/terms) (which includes an arbitration agreement) and its Privacy Policy (https://services.withuloans.com/MobileImages/PrivacyPolicy.pdf) apply.

# Flexible Options In Three Easy Steps

## 1

## Tell us about yourself

We just need a little bit of information to get your application started.

## 2

## Choose your loan amount

We offer loans up to $2,500 for qualified customers.*

## 3

## Get your money

Your money can be in your account as soon as the same business day.

LET'S GET STARTED

# WithU When It Counts

## For Life's Unexpected Expenses

Regardless of your circumstances today, WithU promises a better tomorrow. Offering fast approvals, flexible terms and financial support made for the moment — we're WithU, every step of the way!

LEARN MORE
(/ABOUT)          GET STARTED

‹ ›

# We Believe in People

It never ceases to amaze us how resilient our customers prove to be. But sometimes, even the best of us need a little help, and that's okay! We know life is full of twists and turns and we want our customers to feel a sense of trust, transparency and personal attention that solves their need with as little stress as possible.

ABOUT US (/about)

# Our Story

**W6LS, Inc. dba 'WithU' and 'WithU Loans'** is an online lending solutions company owned and operated by the Otoe-Missouria Tribe of Indians ("Tribe"). The Tribe has lived in the Missouri River Valley since the 1600's and was the first tribe to meet with Lewis and Clark in 1804.

WithU Loans was conceived as part of the Tribe's economic development program. Revenue from WithU Loans funds tribal community programs including elder service, education, after school programs, improvements for housing and infrastrcture, and public safety.

A true American company, WithU Loans boasts both native English speaking and fluent Spanish speaking agents to help you get through whatever unexpected expense has popped up in your life.

# A Direct Lending Partner You Can Trust

**WithUS you don't have a middle man.** We are here to help you choose the right loan for your unexpected expenses. Every step of the way means, we will be by your side when you need it most. Simply put, we are here to help you get to a better spot tomorrow, than today.

We believe our products should be used responsibly, so we're active members of groups that teach consumers about responsible online lending as well as provide access to credit and financial literacy.



 

(http://onlinelendersalliance.org/l

for-the-ola-seal/)

# WithU 24/7

Once you become an active WithU borrower, you can manage your account 24/7 using our online customer portal.

Check for Special Offers

Apply for a New Loan

Schedule Additional Payments

Update Your Personal Information

# Click the button below and manage your account today!

LOG IN HERE
(HTTP://MYACCOUNT.WITHULOANS.COM)

NAVIGATION

HOME (/)     ABOUT US (/ABOUT)     TELL US YOUR STORY (/TELL-US-YOUR-STORY)
LENDING LICENSE (/LENDINGLICENSE)

APPLY NOW     RETURNING CUSTOMER LOGIN (HTTP://MYACCOUNT.WITHULOANS.COM)
FAQ (HTTPS://SUPPORT.WITHULOANS.COM/HC/EN-US)

CONTACT US (/CONTACT)     PRIVACY (/PRIVACY)     SITEMAP (/SITEMAP)

*Please visit our funding FAQ (https://withu.zendesk.com/hc/en-us/articles/4407179887515-How-long-does-it-take-to-receive-my-funds-) for specific information on application cut-off and processing times, our disbursement options, and when loan funds may become available for your use. Generally, business days means Monday through Friday, and we do not fund loans federal holidays or weekends. If you selected wire transfer or direct deposit and have a valid accounts qualifying banks, same business-day funding may be available. We do not charge a fee to disburse funds by wire and ACH, but your bank may assess a fee. Consult with your bank on their fee schedules and posting requirements. If you selected funding by check, your loan proceeds will be delivered by regular mail through the U.S. postal system. You should allow 7 to 10 days for delivery of the loan proceeds.

Our loans are subject to terms and conditions. Not all applicants will qualify for a loan. To find out what states we lend in, please call 866-404-0674. New customers must be able to satisfy general eligibility requirements (/eligibility) for underwriting approval. Returning customers who have received a pre-approved offer or offer code must continue to be able to satisfy the preselection criteria as shown

in their offer.

Applicants must authorize us to verify any information provided for identity and digital verification, underwriting, and credit reporting. Verification and reporting may be ongoing and may require us to obtain information about you from, and share your information with, consumer reporting agencies and other sources. For more information, including applying for a loan, you should read our Privacy Policy (https://www.withuloans.com/privacy) which governs our information sharing practices, our Terms of Use (https://www.withuloans.com/terms) which governs your use of our website, and our Mobile Application License Agreement (https://withuloans.com/mala) which governs your use of our mobile app.

Before you apply for a loan with us, you should first seek credit counseling or meet with a nonprofit financial counseling service in your community because short-term, small-dollar loans are expensive forms of credit that should be used for short-term financial needs only, and not as a long-term financial solution.

W6LS, Inc dba WithU Loans is a tribal lending entity that is wholly-owned by the Otoe-Missouria Tribe of Indians (https://www.omtribe.org/), a sovereign nation located within the United States of America. WithU Loans is an equal opportunity lender licensed and regulated by the Otoe-Missouria Consumer Finance Services Regulatory Commission pursuant to the Otoe-Missouria Tribal Consumer Financial Services Ordinance ( https://www.withuloans.com/assets/images/WITHU%20-%20Approved%20Ordinance.pdf). The Otoe-Missouria Consumer Finance Services Regulatory Commission is the regulatory agency solely responsible for the regulation of WithU Loans. Click here (https://www.withuloans.com/lendinglicense) to view our lending license.

© 2023 WithU Loans | Office: 8161 Hwy 177, Red Rock, OK 75651-0348 | For correspondence, please direct mail to WithU Loans, 10600 S. Pennsylvania Ave., Ste 16 #828, Oklahoma City, OK 73170-4257

 VERIFIED & SECURED (HTTPS://SEAL.GODADDY.COM/VERIFYSEAL?
SEALID=BR6KCIT4D9WDJWPOERECH7Z3CLZIY9O44ERE3HSYX2WKI0RIB1VDZ4X0IBJF)

(HTTP://WWW.ONLINELENDERSALLIANCE.ORG/?OLASFRAUDPLEDGE)

# **<u>EXHIBIT E</u>**

## Lookup Results for: 172.64.151.53



| | |
|---|---|
| Continent: | north america |
| Country: | united states |
| Country Code: | us |
| Region: | southwest |
| State: | california |
| State Code: | ca |
| DMA: | 807 |
| MSA: | 41940 |
| City: | san jose |
| Postal Code: | 95172 |
| Timezone: | GMT -8:00 |
| Area Code: | 408 |
| Latitude: | 37.33053 |
| Longitude: | -121.83823 |
| Carrier: | cloudflare |
| Organization: | cloudflare inc. |

# **<u>EXHIBIT F</u>**

Case: 1:23-cv-16429 Document #: 1-1 Filed: 12/01/23 Page 67 of 90 PageID #:89



1-877-746-4334 | Español
File Complaint | Verify License | Contact Us

[Search]

# Otoe-Missouria Tribe of Indians d/b/a Great Plains Lending, LLC; American Web Loan (AWL); Clear Creek Lending; W6LS Inc. d/b/a WithU Loans

**Date Posted:** Monday, May 23, 2022

Alert Number: CA055378_5/31/22(5/23)

The Washington State Department of Financial Institutions (DFI) has received complaints from Washington State consumers against Great Plains Lending, LLC, American Web Loan (AWL), Clear Creek Lending, and WithU Loans. Consumers stated that they received loans from these entities and were charged excessive fees and interest.

It appears that these entities are operating as unlicensed Tribal lenders. The entities claim to be wholly owned by the Otoe-Missouria Tribe of Indians, a federally-recognized Indian Tribe.

Great Plains Lending, LLC operates a website at [www.greatplainslending.com] and lists its contact information as:

Great Plains Lending, LLC

1050 East 2nd Street, Box 500

Edmond, OK 73034

877*836*1506

[support@greatplainslending.com]

American Web Loan (AWL) operates a website at [www.americanwebloan.com] and lists its contact information as:

American Web Loan (AWL)

2128 N. 14th St., Suite 1 #130

Ponca City, OK 74601

877*636*1353

[customerservice@americanwebloan.com]

Clear Creek Lending operates a website at [www.clearcreeklending.com] and lists its contact information as:

Clear Creek Lending

3910 W 6th Ave., Box 242

Stillwater, OK 74074

888*913*7134

[customerservice@clearcreeklending.com]

WithU Loans operates a website at [www.withuloans.com] and lists its contact information as:

10600 S. Pennsylvania Ave., Ste 16 #828

Oklahoma City, OK 73170-4257

866*404*0674

[customercare@withuloans.com]

According to [https://www.omtribe.org/cfsrc/] if you have a complaint against these entities, you may file a complaint with the Otoe-Missouria Consumer Finance Services Regulatory Commission at [Omfsov@omtribe.org] or mail your complaint to 8151 Hwy 177, Red Rock, OK 74651. Great Plains Lending, LLC, American Web Loan (AWL), Clear Creek Lending, and WithU Loans are not licensed by the Department and are not registered to conduct business in Washington State by the Department of Licensing, the Department of Revenue, or the Secretary of State.

DFI warns Washington consumers that before doing business with a financial service provider the consumer should:

- Make sure that the entity is licensed. Consumers can use the "Verify a License" feature on DFI's website to check whether a payday or consumer loan company is licensed to conduct business in the state of Washington.

- Not provide any personal information, such as social security number or bank account number or access if the company is not licensed or authorized to conduct business.

## Important Information for Washington State Residents

Washington State residents are informed that Washington State law provides in RCW 31.45.105(1)(d) and (3) that a "small loan" made by an unlicensed entity to a person physically

located in Washington State is uncollectible and unenforceable in Washington State. A "small loan" is defined in RCW 31.45.073 and is a loan that does not exceed $700.

Washington State residents with loans exceeding $700 are informed that Washington State law provides in RCW 31.04.035 that fees or interest charged in the making of a nonresidential loan by an unlicensed lender must be refunded to the borrower.

### Report Unlicensed Lending Activity or Fraud

Washington State residents only: If you suspect unlicensed activity by a payday lender or consumer loan company, please contact the Department at 1-877-RING-DFI (746-4334), or online at www.dfi.wa.gov. Even if your activity involves a loan over the internet, a license may still be required.

If you live in another state, find the regulator in your home state.

---

**Was this information helpful?** *

◯ Yes
◯ No

# CAPTCHA

This question is for testing whether or not you are a human visitor and to prevent automated spam submissions.

Send Feedback

# **<u>EXHIBIT G</u>**

3/24/23, 5:08 PM
(20) Charlie Corbin | LinkedIn

Home   My Network   Jobs   Messaging   Notifications   Me ▾   Work ▾   Try Premium Free

**Charlie Corbin**
Recruiting Manager at Caliber Financial Services

Caliber Financial Services
University of Hartford

Sugar Land, Texas, United States · Contact info
877 followers · 500+ connections

Follow   ✈ Message   More

**Activity**
877 followers

+ Follow

Charlie Corbin posted this · 3m
This is an exciting high-level leadership opportunity to join our Credit/Risk team!

Director of Credit Portfolio and Collections Analytics
Job by Caliber Financial Services
Kansas City, Metropolitan Area/Remote

💬 6

Charlie Corbin posted this · 3mo
Looking for an awesome HR Generalist in the KC area that would like to come join a great team!

Human Resources Generalist
Job by Caliber Financial Services
Mission, Kansas, United States (Hybrid)

💬 9

Charlie Corbin reposted this · 1mo
A great opportunity to join an awesome team!!

Senior Treasury Analyst
Job by Caliber Financial Services
Mission, Kansas, United States (Hybrid)

💬 4

Charlie Corbin posted this · 2mo
We are looking for someone in KS, MO, or OK to join our credit risk team. This is a remote position

Model Validation Manager - Model Risk Governance
Job by Caliber Financial Services
Mission, Kansas, United States (Remote)

💬 11

https://www.linkedin.com/in/charlie-corbin/

1/5

3/24/23, 6:08 PM                                     (20) Charlie Corbin | LinkedIn

Show all activity →

## About

QUALIFICATION HIGHLIGHTS:
• Over 20 years of successful experience in sales, account management, business
development and recruitment.
• Experienced calling on and servicing a variety of clients promoting prod ...see more

## Experience

 **Recruiting Manager**
Caliber Financial Services · Full-time
Jun 2022 - Present · 10 mos
Sugar Land, Texas, United States

 **Call Center Supervisor**
ENT and Allergy Associates · Full-time
Sep 2020 - Jun 2022 · 1 yr 10 mos
Sugar Land, Texas, United States

**Executive Recruiter**
Nance & Associates · Self-employed
Feb 2020 - Sep 2020 · 8 mos
Houston, Texas, United States

 **Recruiting Manager**
Vepac - Vehicle Claim Specialists · Full-time
Oct 2015 - Apr 2019 · 3 yrs 7 mos
Sugar Land, TX

• Conducted and remotely managed full cycle recruitment activities for a
national vehicle claims corporation...

 **Business Development Manager**
STA Travel · Full-time
Mar 2010 - Oct 2015 · 5 yrs 8 mos
Sugar Land, TX

• Promoted travel packages and services and International Student Identity
Card (ISIC) to colleges and universities...

Show all 8 experiences →

## Education

 **University of Hartford**
Bachelor of Fine Arts · BFA

**TASIS The American School in England**

 **The American School in Japan**

## Skills

**Business Development**
Endorsed by 16 colleagues at STA Travel
34 endorsements

**Account Management**

3/24/23, 5:08 PM                                      (20) Charlie Corbin | LinkedIn

Endorsed by Jasper Lykke who is highly skilled at this

Endorsed by 9 colleagues at STA Travel

15 endorsements

**Sales**

Endorsed by 18 colleagues at STA Travel

39 endorsements

Show all 50 skills →

## Recommendations

Received        Given

**Robert Bednarek**
Fleet Equipment Manager
January 13, 2010, Robert was Charlie's direct

Charlie and I have worked together through his position at American Towing
Alliance. While Charlie was new to the industry he made a great effort in
educating himself and was always willing to listen and learn. In our time
together Charlie was always honest in our dealings and looked out for his...

**Emily D'Andrea**
Global Talent Brand Leader / Lover of Words / Change Maker / Outgoing
Introvert
May 22, 2009, Emily reported directly to Charlie

Charlie is a highly-motivated, inspiring manager. He cares deeply about his
clients and the integrity of his business. In addition, his superior sales skills
set him apart from the crowd. Under Charlie's leadership, our branch
became one of the most successful in the country. I can't speak highly...

## Interests

Top Voices      Companies       Groups      Newsletters       Schools

**Jack Welch**
Executive Chairman, The Jack Welch Management Institute
7,159,130 followers
( + Follow )

**Bill Gates**
Co-chair, Bill & Melinda Gates Foundation
36,283,333 followers
( + Follow )

Show all 8 Top Voices →

Ad ···
Find skilled professionals for your small business
today.

1.7M+ small businesses trust LinkedIn
with hiring.

( Post a free job )

3/24/23, 5:08 PM                                    (20) Charlie Corbin | LinkedIn

### People also viewed

Daniel Dean, MBA  · 3rd+
Director of New Customer Acquisition at Caliber Financial Services

( &+ Connect )

 Bill Brink  3rd+
Data Warehouse Team Lead at Caliber Financial Services

( &+ Connect )

 Babur Irfani  · 3rd
Head of Fraud Strategy, Director

( &+ Connect )

 Danny Wang, Ph.D  · 3rd+
Chief Credit Officer/Chief Risk Officer at Caliber Financial Services

( &+ Connect )

 Sean Gabel  3d+
FinTech | Credit and Collection Management Professional

( &+ Connect )

Show more ∨

### People you may know

 Theodore Slingerland
SATCOM Systems Engineer at Trace Systems

( &+ Connect )

 Michael Shark Team Florida Business Brokerage Division
Business Intermediary EXP Commercial, NCREA,CREIPS

( &+ Connect )

 John Vandermolen
Market Administration Manager at PNC

( &+ Connect )

 Katie Loadwick
Account Manager at ReEmployAbility | Together we connect people to a
greater purpose so they can have a better life

( &+ Connect )

Heather Platt
Group/Rental Sales at Marriott Vacations Worldwide Corporation

( &+ Connect )

Show more ∨

3/24/23, 5:08 PM                                    (20) Charlie Corbin | LinkedIn

Promoted                                    ...



It's easy to sell online
Sell online with a domain and online
store from GoDaddy, the #1 registrar.  )

Earn extra monthly income
3-bedroom US Vrbo homes earn $1,989
a month on average, 11/2020–12/2021.  )

Subscribe with Google.
Keep your wealth intact now and in the
future with Barron's.  )

# **<u>EXHIBIT H</u>**



in  🔍

Home   My Network   Jobs   Messaging   Notifications   Me ▼   For Business ▼   Network !   Try Premi

**Charlie Corbin** · 3rd
Recruiting Manager at Caliber Financial Services

Caliber Financial Services

University of Hartford

Sugar Land, Texas, United States · Contact info

1,003 followers · 500+ connections

Message   More

**Activity**
1,004 followers

✓ Following

Posts   Comments

Charlie Corbin posted this · 1d
Another great opportunity for someone in the KC area with a background in Facilities
Coordinating to come join our growing team!

**Facilities Coordinator**
Job by Caliber Financial Services
Overland Park, Kar

Messaging   1

🌐 4

Charlie Corbin posted this · 1v

A great opportunity for an                                    KC area to
join our company. We are

**Executive Admi**
Job by Caliber Fini
Overland Park, Kar

🌐 5

Charlie Corbin posted this · 1

A high visibility opportuni                                    Corporate
Event Planning experience                                     keting tea...

**Corporate Even**
Job by Caliber Fin
Overland Park, Kar

🌐 5

**About**

QUALIFICATION HIGHLIGH
• Over 20 years of success                                    usiness
development, and recruitn
• Experienced calling on al                                   ucts,...

## Experience

**Recruiting Mai**
Caliber Financial
Jun 2022 - Preser
Sugar Land, Texa

**Call Center Su**
ENT and Allergy
Sep 2020 - Jun 2022 · 1 yr 10 mos
Sugar Land, Texas, United States

**Executive Recruiter**
Patrice & Associates · Self-employed
Feb 2020 - Sep 2020 · 8 mos
Sugar Land, Texas, United States

**Recruiting Manager**
Vspec - Vehicle Claim Specialists · Full-time
Oct 2015 - Apr 2019 · 3 yrs 7 mos
Sugar Land, TX

• Conducted and remotely managed full cycle recruitment activities for a
national vehicle claims corporation....

**Business Development Manager**
STA Travel · Full-time
Mar 2010 - Oct 2015 · 5 yrs 8 mos
Sugar Land, TX

• Promoted travel packages and services and International Student Identity
Card (ISIC) to colleges and universities....

Show all 8 experiences →

## Education

**University of H**
Bachelor of Fine

**TASIS The Am**

**The American**

## Skills

**Business Development**
Endorsed by 16 colle

33 endorsements

**Account Management**
Endorsed by Jesper L

Endorsed by 9 collea

15 endorsements

**Sales**

Endorsed by 19 colle

37 endorsements

## Recommendation

Received    Given

**Robert Bednar**
Fleet Equipment Manager
January 13, 2010, Robert was Charlie's client

Charlie and I have worked together through his position at American Towing
Alliance. While Charlie was new to the industry he made a great effort in
educating himself and was always willing to listen and learn. In our time
together Charlie was always honest in our dealings and looked out for his
customer's best interest at all times.

**Emily D'Andrea** 🔗 · 3rd
Global Talent Brand Leader / Lover of Words / Change Maker / Outgoing
Introvert
May 22, 2009, Emily reported directly to Charlie

Charlie is a highly-motivated, inspiring manager. He cares deeply about his
clients and the integrity of his business. In addition, his superior sales skills
set him apart from the crowd. Under Charlie's leadership, our branch
became one of the most successful in the country. I can't speaky highly
enough of both Charlie's management style and his strong work ethic.

## Interests

Top Voices    Companies    Groups    Newsletters    Schools

**Scott Kirby** 🔗 · 3rd
CEO at United Airlines
158,896 followers

( + Follow )

**Mary Barra** 🔗
Chair and Chief E
1,344,604 followe

( + Follow )

Creat

Dan

People also viewed

# **EXHIBIT I**

  

Home  My Network  Jobs  Messaging  Notifications  Me ▼   For Business ▼   Network 5   Try Premi





**Tim Madsen** · 3rd
Chic Marketing Officer at Caliber Financial Services

Baker University

Mission, Kansas, United States · Contact Info
500+ connections

Message    ( + Follow )   ( More )

## About

Perceptive, execution-oriented leader with success in managing multi-faceted
operations. Extensive history of identifying opportunity, developing strategies, and
executing on each efficiently. Nearly 20 years experience in the online industry with
primary focus on developing products and support services for the financ  ...see more

## Activity
2,441 followers

Posts  ( Comments )



**Tim Madsen** posted this · 1mo
We are growing. Come job                    ogram we've
developed!...          Messaging  1         ...show more

  Corporate Even
  Job by Caliber Fina
  Overland Park, Kar

  25                                         2 comments

**Tim Madsen** reposted this · 2r
Come join a great team!

  Director Chann
  Job by Caliber Fin
  Overland Park, Kar

  12

**Tim Madsen** posted this · 2mo
Excited for this year's ever

  Third Annual                              ancial Ser...
  nativenewsonlin

  49                                         2 comments

# **EXHIBIT J**

   🔍      Home    My Network    Jobs    Messaging    Notifications   Me ▾    ⠿ For Business ▾   Network !   Try Premi







**Doug Oliveira** · 3rd
CIO Fintech & Financial Services

Ⓒ Caliber Financial Services

Fundação Getulio Vargas

Kansas City Metropolitan Area · Contact info

2,347 followers · 500+ connections

Follow   ( Message )   ( More )

## Verifications

**Government ID**
Doug has verified their government ID.

Show verifications →

## Activity
2,347 followers

( + Follow )

Posts   ( Comments )   ⸱ ⸱ ⸱

Messaging   1

Doug Oliveira reposted this · !



🔵🔵🔵 86        3 comments

Doug Oliveira posted this · 4n

 I am absolute        cess we had
during our Ca       ke a
moment to th       ..show more

🔵🔵🔵 59        8 comments

Doug Oliveira reposted this · !

caliber is hon



🔵🔵 29

## About

Currently CIO of Caliber Fi ed by a
native American tribe loca

100% of our business is o That said, ...

## Experience



**Caliber Financi**
Full-time · 2 yrs

**Chief Informat**
Dec 2022 - Prese

CIO of Caliber Financial Services, a technology servicing company owned
and operated by a native American tribe located in Red Rock, OK....

Skills: IT Infrastructure Management · Software Development · Leadership ·
Microsoft SQL Server · SQL

**Chief Technology Officer**
Oct 2021 - Dec 2022 · 1 yr 3 mos
Kansas City Metropolitan Area

CTO of Caliber Financial Services, a company owned and operated by a
native American tribe located in Red Rock, OK....



**Advisory Board Member**
Donnelly College · Part-time
Nov 2022 - Present · 11 mos
Kansas City Metropolitan Area

Advisory board member - Building a bridge between educational institution
and employment market



**Advisory Council Member**
Vation Ventures · Part-time
Nov 2022 - Present · 11 mos
Kansas City Metropolitan Area

Helping boost innovation and entrepreneurship.



**CTO**
AWL, Inc. · Full-tir
Feb 2020 - Oct 2
Kansas City, Miss

Lead IT allowing
Implement IT bes



**Head of Applic**
H&R Block
Apr 2019 - Feb 2
Kansas City, Miss

Leader of a broad cting all
application and c

## Education

**FGV - Fundaçã**
Master of Busine
2009 - 2011
Grade: 3.7

Activities and soc Ohio
University

1

# **<u>EXHIBIT K</u>**

**withU**
Loans

📞 866-404-0674    LOG IN

| mm / dd / yyyy 📅 | mm / dd / yyyy 📅 |

## Banking Information

Account Type

| Select Type ⌄ |

ℹ️ This is a required field!

Is Income Direct Deposited Into This Account?

| Select Option ⌄ |

ℹ️ This is a required field!

Bank Name

|  |

ℹ️ This is a required field!

Routing Number                    Account Number

|  |        |  |

ℹ️ This is a required field!     ℹ️ This is a required field!

# EFT AUTHORIZATION AGREEMENT

This EFT Authorization Agreement ("**EFT Authorization**") is a part of, incorporates, and relates to the Loan Agreement dated ▮▮▮▮ (the "**Loan Agreement**") for Loan Number ▮▮▮ and is specific for the Bank Account identified below. Terms defined in the Loan Agreement will have their same meanings in this EFT Authorization. Any reference to "**Bank Account**" will mean the demand deposit (checking), savings, or other consumer asset account held directly or indirectly by a financial institution, its identifying information (such as transit and routing information), and access device (as defined under Regulation E) that you provide to us, update or modify from time to time.

**BANK ACCOUNT INFORMATION:**

| | | | |
|---|---|---|---|
| Name: | ▮▮▮ | Bank Name: | ▮▮▮ |
| Address: | ▮▮▮ | Transit ABA Number: | ▮▮▮ |
| Phone: | ▮▮▮ | Checking Account Number: | ▮▮▮ |

You authorize W6LS, Inc., its agents, successors and assigns to initiate recurring electronic fund transfers ("**EFT**") to and from your Bank Account beginning on the date of this Agreement or on the first payment due date shown on the Payment Schedule in your Loan Agreement, whichever is later, subject to the terms and conditions described below:

1. EFT AUTHORIZATION TO CREDIT BANK ACCOUNT: You authorize us and our agents to initiate one or more EFT credit entries to your Bank Account to disburse proceeds and to credit any other amounts that may be due or owing to you pursuant to your Loan Agreement.

2. EFT AUTHORIZATION TO DEBIT BANK ACCOUNT: You authorize us and our agents to initiate EFT debit entries from your Bank Account (referred to as "**automatic withdrawals**") to pay

amounts due under your Loan Agreement. The automatic withdrawals will be initiated pursuant to your Payment Schedule, your Loan Agreement, and any modification or adjustments to such Payment Schedule or Loan Agreement that we may agree to make at your request. If you owe Late Fees, deferment fees, or otherwise have a remaining balance after the last scheduled payment date in your Payment Schedule, then you authorize automatic withdrawals to continue from your Bank Account at regular intervals in the Authorized Range until the unpaid balance is paid. Although we are authorized to continue automatic withdrawals, we are under no obligation to do so. You understand that it is your responsibility to have enough available funds in your Bank Account to cover these withdrawals.

3. AUTOMATIC PAYMENTS: You understand and authorize us and our agents to debit your Bank Account for late fees, payments consisting of the Amount of Payment displayed in the Payment Schedule up to the outstanding balance owed under your Loan Agreement (the "**Authorized Range**"). YOU UNDERSTAND AND AGREE THAT AUTOMATIC WITHDRAWALS SCHEDULED TO OCCUR ON A SATURDAY, SUNDAY OR BANK-RECOGNIZED HOLIDAY WILL BE PROCESSED BY US ON THE PRECEDING BUSINESS DAY (for example, if your Payment Due Date in your Payment Schedule falls on a Saturday, then your automatic withdrawal will be debited on the Friday before).

4. NOTICE OF UNUSUAL WITHDRAWALS: To the extent required by Applicable Law, we will send you an unusual withdrawal notice when: (i) the amount of the automatic withdrawal is different from your regularly scheduled payment; (ii) the automatic withdrawal will occur on a date that is different than the payment date in your Payment Schedule; (iii) the automatic withdrawal will be made using a payment channel different from the payment channel of your immediately prior payment; and (iv) the payment attempt is to reinitiate a returned payment. We will not provide an unusual payment withdrawal notice when we initiate a single immediate payment transfer at your request.

5. TERM OF EFT AUTHORIZATION: This EFT Authorization will remain in effect until the earliest of the following occurs: (i) you pay all amounts owed under your Loan Agreement, (ii) you terminate your EFT Authorization, or (iii) automatic withdrawals from your Bank Account are no longer permitted by Applicable Law.

6. TERMINATING EFT AUTHORIZATION: To terminate your EFT Authorization, you must notify us by email at CustomerCare@withuloans.com and state that you wish to terminate your EFT Authorization. Please include your name, address, and loan account number in your termination notice as failure to include your identifying information may delay our ability to

process your request. **If you terminate your EFT Authorization by telephone, you must confirm your termination in writing.** An oral revocation will not be effective if you fail to provide written confirmation. You may email your confirmation to CustomerCare@withuloans.com. You understand that you must email your notice of termination (or confirmation of termination) at least 3 business days before the scheduled withdrawal so that we have enough time to process it. If you terminate your EFT Authorization, you agree to provide us with another form of payment acceptable to us, and any termination will not invalidate earlier automatic payments, constitute an event of default under the Loan, or adversely affect our decision to extend credit to you in the future.

7. LATE FEES: You understand that we may assess a fee of twenty dollars ($20.00) when any payment due under your Loan Agreement is not received by us in the full amount by the Payment Due Date, or the payment is not honored or cannot be processed for any reason, including insufficient funds in your Bank Account (each, a "**Late Fee**"). Any Late Fees that we assess on your Loan will accrue automatically and will become due on the last payment date in your Loan Schedule as amended from time to time. You authorize us to initiate one or more automatic withdrawals to collect all accrued and due Late Fees. You understand that your financial institution may impose its own fees for any returned or dishonored item. Late Fees will not accrue interest charges.

8. ERROR NOTICE: If you have a question about an EFT relating to your Loan, please call us at (866) 404-0674 or email us at CustomerCare@withuloans.com. Please provide your name, your Loan Account number, the date and amount of the EFT, and tell us what does not look right about the transaction. We will investigate your concern. If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. You should also check with your financial institution because it may have specific requirements for managing EFT transactions to your Bank Account.

9. INFORMATION DISCLOSURE: You agree that we may obtain and disclose information about you, your Bank Account, and EFTs as needed: (1) to complete the transactions authorized by this EFT Authorization; (2) to verify information with a third party, such as a credit bureau, payment processor or merchant; (3) to comply with a government agency or valid court orders; and (4) for purposes as described in our privacy notice. If there is any missing or incorrect information in or with your Bank Account, then you authorize us to verify and correct such information.

10. YOUR ELECTRONIC SIGNATURE: When you sign this EFT Authorization electronically, you agree that your electronic signature will have the same force and effect and will bind you to

this EFT Authorization in the same manner and to the same extent as a physical signature would do, in accordance with the ESIGN Act.

*When you sign this EFT Authorization Agreement electronically, you are certifying that the information given in connection with this EFT Authorization is true and correct. You further certify that: (a) you have read, understand, and agree to all of the terms and conditions of the EFT Authorization, (b) this EFT Authorization was filled in before you signed it, (c) you have the ability to print or retain a completed copy of this EFT Authorization, and (d) you are the owner or authorized user of the Bank Account identified above.*

PRINT A COPY OF ALL DOCUMENTATION AND RETAIN FOR YOUR RECORDS.

**Printed Name:** ▮▮▮▮▮▮▮▮▮▮▮▮▮

**Your signature block:**

**Connected from:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Signed by:** ▮▮▮▮▮▮▮▮▮

**Date signed:** ▮▮▮▮▮▮▮▮▮▮▮▮

**Loan ID:** ▮▮▮▮▮