**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOSHUA HARRIS and DONITA OLDS, on behalf of Plaintiffs and the class members described herein, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Case No.: 1:23-cv-16429 |
| vs. | ) ) ) | Judge Lindsay C. Jenkins |
| W6LS, INC., doing business as WithU and WithU Loans; CALIBER FINANCIAL SERVICES, INC., and DOES 1-20, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

Pursuant to Local Rule 83.17, Counsel for Plaintiffs Joshua Harris and Donita Olds ("Movant") hereby move to withdraw the Appearance of Lucas Coughlin on behalf of Plaintiffs Joshua Harris and Donita Olds ("Plaintiffs"). Mr. Coughlin is no longer affiliated with Edelman, Combs, Latturner & Goodwin, LLC. Plaintiffs will continue to be represented by Daniel A. Edelman, Julie Clark, and Alexandra Huzyk of Edelman, Combs, Latturner & Goodwin, LLC.

WHEREFORE, Movant respectfully requests that the Court withdraw the Appearance of Lucas Coughlin on behalf of Plaintiffs.

Dated: June 26, 2026

Respectfully submitted,

*/s/ Daniel A. Edelman*
Daniel A. Edelman

1

Daniel A. Edelman
Julie Clark
Alexandra Huzyk
**EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC**
20 South Clark Street, Suite 1800
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
jclark@edcombs.com
ahuzyk@edcombs.com
courtecl@edcombs.com

## CERTIFICATE OF SERVICE

I, Daniel A. Edelman, certify that on June 26, 2026, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF online system, which sent notice via email to all counsel of record.

/s/ Daniel A. Edelman
Daniel A. Edelman