## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Joshua Harris, et al.

     Plaintiff,

v.

            Case No.: 1:23−cv−16429
            Honorable Lindsay C. Jenkins

W6LS, Inc., et al.

     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 14, 2026:

  MINUTE entry before the Honorable Lindsay C. Jenkins: The motion to stay [54] is granted. The decision to stay proceedings in a case is left to the district court's discretion and requires "the exercise of judgment, which must weigh competing interests and maintain an even balance." Landis v. N. Am. Co., 299 U.S. 248, 254−255 (1936). Courts look to numerous factors in deciding whether a stay of proceedings is appropriate, including whether the stay will prejudice the non−movant, whether the stay will simplify the issues in the case, and whether the stay will reduce the burden of litigation for the parties or the court. Landis, 299 U.S. at 255−56. As to the first factor, the court sympathizes with Plaintiffs that the case has been delayed for some time and that the likelihood the United States Supreme Court will grant Certiorari is, at best, uncertain. But a stay may simplify the issues. If the Supreme Court grants the Petition for Writ of Certiorari, it will decide the core issue in the case (arbitrability) and that will have a profound impact on the litigation going forward. If Certiorari is granted, a stay of discovery will have saved the parties the expense of engaging in fact discovery such that that will reduce the burden of litigation. So all discovery is stayed pending resolution of Defendant's Petition for Writ of Certiorari. Defendant is to file a statement on the docket within three business days of the filing of his Petition for Writ of Certiorari, confirming that it has done so. Within three business days of United States Supreme Court granting or denying Certiorari, the parties must jointly notify the court of this development by a filing on the docket. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at ***www.ilnd.uscourts.gov***.